

# SCHNEIDER & WALLACE
### ATTORNEYS AT LAW

Todd M. Schneider
Guy B. Wallace
Carolyn H. Cottrell
Clint J. Brayton
Joshua Konecky
Sheryl I. Harris
Elisa P. Laird
Charlotte E. Scott
Zachary R. Cincotta
W.H. Willson, IV
Deborah C. Yang

*Paula Hagan Bennett,*
*of Counsel*

September 13, 2005

**VIA E-FILE**

Honorable Susan Illston
United States District Court
450 Golden Gate Avenue
19th Floor, Courtroom 10
San Francisco, CA 94102

    Re:   *Satchell, et al. v. FedEx Express*
           U.S.D.C. N.D. Cal. Case No. 03-2659 SI; C-03-2878 SI

Dear Judge Illston:

    Plaintiffs write in response to Defendant's letter to the Court of earlier today. Plaintiffs will agree to Defendant's requested extensions of time (*i.e.*, until October 31, 2005 to produce any responsive documents, and until November 15, 2005 to provide supplemental responses to Plaintiffs' interrogatories). Plaintiffs note that Defendants only requested an extension of time from Plaintiffs' counsel yesterday. If Defendants had waited a little longer for our response, these two letters to the Court would not have been necessary.

    Plaintiffs thank the Court for its attention to this matter.

                                  Very truly yours,
                                  SCHNEIDER & WALLACE

                                  Guy B. Wallace

**APPROVED**
*Judge Susan Illston*

cc:   Frederick Douglas (via facsimile)
       Gilmore F. Diekmann (via facsimile)
       Co-counsel

---

180 Montgomery, Suite 2000, San Francisco, California 94104
Phone: 415.421.7100 ■ Fax: 415.421.7105 ■ TTY: 415.421.1655
www.schneiderwallace.com