IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, et al.<br><br>   Plaintiffs,<br><br>   v.<br><br>FEDEX CORPORATION,<br><br>   Defendant. | No. C 03-2659 SI<br>    C 03-2878 SI<br><br>**ORDER AMENDING CLASS CERTIFICATION ORDER TO APPOINT ADDITIONAL CLASS COUNSEL** |

By order filed September 28, 2005, the Court granted plaintiffs' motion for class certification and appointed class counsel. The Court's order inadvertently omitted two of the six law firms that represent plaintiffs. The Court hereby amends the September 28, 2005 order to appoint class counsel as follows:

The Court appoints as Class Counsel of both the Minority Employee Class and the African-American Lower-Level Manager Class the following law firms: Lieff, Cabraser, Heimann & Bernstein, LLP; Schneider & Wallace; the Law Offices of John Burris; the Law Offices Kay McKenzie Parker; the Law Offices of Michael S. Davis; and the Law Offices of Waukeen McCoy.

**IT IS SO ORDERED.**

Dated: October _7___, 2005

SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, et al.<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CORPORATION,<br><br>Defendant.<br>_____/ | No. C 03-2659 SI<br>C 03-2878 SI<br><br>**ORDER AMENDING CLASS CERTIFICATION ORDER TO APPOINT ADDITIONAL CLASS COUNSEL** |

By order filed September 28, 2005, the Court granted plaintiffs' motion for class certification and appointed class counsel. The Court's order inadvertently omitted two of the six law firms that represent plaintiffs. The Court hereby amends the September 28, 2005 order to appoint class counsel as follows:

The Court appoints as Class Counsel of both the Minority Employee Class and the African-American Lower-Level Manager Class the following law firms: Lieff, Cabraser, Heimann & Bernstein, LLP; Schneider & Wallace; the Law Offices of John Burris; the Law Offices Kay McKenzie Parker; the Law Offices of Michael S. Davis; and the Law Offices of Waukeen McCoy.

**IT IS SO ORDERED.**

Dated: October _7___, 2005

SUSAN ILLSTON
United States District Judge