1  James M. Finberg (SBN 114850)
   Bill Lann Lee (SBN 108452)
2  Eve H. Cervantez (SBN 164709)
   Lexi J. Hazam (SBN 224457)
3  Chimène I. Keitner (SBN 226948)
   Nirej S. Sekhon (SBN 213358)
4  LIEFF, CABRASER, HEIMANN &
       BERNSTEIN, LLP
5  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
6  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008

7
   JOHN BURRIS (SBN 69888)                      Todd M. Schneider (SBN 158253)
8  7677 Oakport Bldg., Suite 1120               Guy B. Wallace (SBN 176151)
   Oakland, CA 94612                            Joshua Konecky (SBN 182897)
9  Telephone: (510) 839-5210                    SCHNEIDER & WALLACE
   Facsimile: (510) 839-3882                    180 Montgomery Street, Suite 2000
10                                              San Francisco, CA 94104
   KAY MCKENZIE PARKER (SBN 143140)             Telephone: (415) 421-7100
11 703 Market Street, Suite 1401                Facsimile: (415) 421-7105
   San Francisco, CA 94103
12 Telephone: (415) 227-9622                    MICHAEL S. DAVIS (SBN 160045)
   Facsimile: (415) 227-4522                    345 Hill Street
13                                              San Francisco, CA 94109
   WAUKEEN Q. MCCOY (SBN 168228)                Telephone: (415) 282-4315
14 703 Market Street, Suite 1407                Facsimile: (415) 358-5576
   San Francisco, CA 94103
15 Telephone: (415) 675-7705
   Facsimile: (415) 675-2530
16
   *Class Counsel and Counsel for the Plaintiffs*
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20
   DERRICK SATCHELL, KALINI BOYKIN,
21 VALERIE BROWN, RICK GONZALES,           Case No. C 03-2659 SI; C 03-2878 SI
   CYNTHIA GUERRERO, RACHEL
22 HUTCHINS, TYRONE MERRITT, KELVIN        CLASS ACTION
   SMITH, SR., and KEN STEVENSON, on
23 behalf of themselves and all others similarly   **STIPULATION AND [PROPOSED]
   situated,                                       ORDER RE: MAILING NOTICE**
24
                   Plaintiffs,
25
   v.
26
   FEDEX EXPRESS, a Delaware corporation,
27 Defendant.

28

495340.1                            - 1 -            STIPULATION AND [PROPOSED] ORDER
                                                     C 03-2659 SI and C 03 3278 SI

| | |
|---|---|
| 1 | WHEREAS, on November 28, 2005, the Court issued its Order re: Class Notice; |
| 2 | WHEREAS, that Order provides that "By November 30 or the earliest practicable |
| 3 | date thereafter, FedEx will provide Class Counsel with a computer-readable" Class List, |
| 4 | including class member names, addresses, employee ID numbers, and Social Security Numbers; |
| 5 | WHEREAS, FedEx has stated that the "earliest practicable" date upon which it can |
| 6 | produce the Class List is December 30, 2005; |
| 7 | WHEREAS, the Order provides that Class Counsel or a claims administrator |
| 8 | retained by Class Counsel must mail the notice to the Class List within seven days of receipt of |
| 9 | the Class List; |
| 10 | WHEREAS, due to the intervening holidays and press of business at the New |
| 11 | Year, it would be extremely difficult for the claims administrator retained by Class Counsel to |
| 12 | mail the Class Notice within seven days of December 30, 2005; |
| 13 | THEREFORE, the parties propose and stipulate to the following, and request that |
| 14 | the Court so order: |
| 15 | 1) FedEx will provide the Class List, consisting of a computer-readable list of |
| 16 | the full names, employee ID number(s), most current known addresses, and Social Security |
| 17 | numbers of all members of the Minority Employee Class and the African American Lower Level |
| 18 | Manager Class, directly to the claims administrator retained by Class Counsel, with a copy to |
| 19 | Class Counsel, no later than December 30, 2005. |
| 20 | 2) Class Counsel may use the Social Security numbers included in the Class |
| 21 | List to (1) match class member names with the personnel and payroll data provided by FedEx; |
| 22 | and (2) find the current addresses of class members for whom the Class List contains an outdated |
| 23 | or incorrect address. In the course of so doing, Class Counsel may provide the Social Security |
| 24 | numbers to a claims administrator or a statistician. Other than these uses, Class Counsel and the |
| 25 | claims administrator and statistician shall agree to treat the social security numbers as confidential |
| 26 | information, and not share them with third parties. |
| 27 | |
| 28 | |

1        3)     The claims administrator retained by Class Counsel will cause the Class Notice previously approved by the Court to be sent to the Class List by first-class mail on or before January 13, 2006.

SO STIPULATED.

Dated: December 22, 2005         SEYFARTH & SHAW LLP

By: _____/s/ Gilmore F. Diekmann, Jr._____
      Gilmore F. Diekmann, Jr.

Gilmore F. Diekmann, Jr. (SBN 050400)
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

*Attorneys for Defendant FEDERAL EXPRESS*

Dated: December 22, 2005         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: ____/s/ *Eve H. Cervantez*____
      Eve H. Cervantez

275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Class Counsel and Counsel for the Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
        THE HONORABLE SUSAN ILLSTON
        United States District Judge for the
        Northern District of California

*IT IS SO ORDERED*
*Judge Susan Illston*

495340.1         STIPULATION AND [PROPOSED] ORDER
        C 03-2659 SI and C 03 3278 SI