James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Lexi J. Hazam (SBN 224457)
Chimène I. Keitner (SBN 226948)
Nirej S. Sekhon (SBN 213358)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

KAY MCKENZIE PARKER (SBN 143140)
703 Market Street, Suite 1401
San Francisco, CA 94103
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE: PRODUCTION OF COMPUTER-READABLE DATA FOR 1997-1998 AND 2004-2005** |

    A.    Whereas, on November 19, 2005, the Court ordered Defendant to "produce complete computer-readable personnel and payroll data for employees in FedEx's Western Region from January 1, 1997 to December 31, 1998, regardless of the employee's termination date, by December 22, 2005";

    B.    Whereas, Plaintiffs have also requested that FedEx produce, and FedEx has agreed to produce, complete computer-readable personnel and payroll data for employees in FedEx's Western Region from February 6, 2004 through December 31, 2005;

    C.    Whereas, it is easier for FedEx to produce complete data for the entire time period at one time, rather than produce portions piecemeal;

    D.    Whereas, FedEx will be able to produce all of the data by February 3, 2006;

The parties to the above captioned actions, through their counsel of record, hereby stipulate and agree as follows:

1.    On or before February 3, 2006, Defendant shall produce complete computer-readable personnel and payroll data for employees in FedEx's Western Region for the time period from January 1, 1997 through December 31, 2005.

Dated: January 20, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
James M. Finberg
Class Counsel

Dated: January 20, 2006

SEYFARTH & SHAW LLP

By: _____
Frederick L. Douglas

Frederick L. Douglas
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
Telephone: (901) 434-8600
Facsimile: (901) 434-9271

*Attorneys for Defendant FEDEX EXPRESS*

IT IS SO ORDERED
Judge Susan Illston