| | |
|---|---|
| James M. Finberg (SBN 114850) | |
| Bill Lann Lee (SBN 108452) | |
| Eve H. Cervantez (SBN 164709) | |
| Chimène I. Keitner (SBN 226948) | |
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | |
| 275 Battery Street, 30th Floor | |
| San Francisco, CA 94111-3339 | |
| Telephone: (415) 956-1000 | |
| Facsimile: (415) 956-1008 | |
| | |
| Todd M. Schneider (SBN 158253) | MICHAEL S. DAVIS (SBN 160045) |
| Guy B. Wallace (SBN 176151) | 345 Hill Street |
| Joshua Konecky (SBN 182897) | San Francisco, CA 94109 |
| SCHNEIDER & WALLACE | Telephone: (415) 282-4315 |
| 180 Montgomery Street, Suite 2000 | Facsimile: (415) 358-5576 |
| San Francisco, CA 94104 | |
| Telephone: (415) 421-7100 | KAY MCKENZIE PARKER (SBN 143140) |
| Facsimile: (415) 421-7105 | 225 Bush Street, 16th Floor |
| | San Francisco, CA 94104 |
| JOHN BURRIS (SBN 69888) | Telephone: (415) 227-9622 |
| 7677 Oakport Bldg., Suite 1120 | Facsimile: (415) 227-4522 |
| Oakland, CA 94612 | |
| Telephone: (510) 839-5210 | WAUKEEN Q. MCCOY (SBN 168228) |
| Facsimile: (510) 839-3882 | 703 Market Street, Suite 1407 |
| | San Francisco, CA 94103 |
| | Telephone: (415) 675-7705 |
| | Facsimile: (415) 675-2530 |

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated, | Case No. C 03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE (Civil Local Rule 6-1)** |
| Plaintiffs, | |
| v. | |
| FEDEX EXPRESS, a Delaware corporation, | |
| Defendant. | |

542098.1

STIPULATION AND [PROPOSED] ORDER
SETTING BRIEFING SCHEDULE
CASE NO. C 03-2659 SI; C 03-2878 SI

1         WHEREAS, Plaintiffs intend to file a Motion to Bifurcate on Friday, June 9, 2006;

2         WHEREAS, Defendant has requested that the hearing not take place until July 21,

3 2006;

4         WHEREAS, the parties have agreed to the following briefing schedule for the

5 motion, which modifies the briefing schedule set forth in the Civil Local Rules;

6         WHEREAS, all briefs will nonetheless be filed two weeks before the scheduled

7 hearing, as required by the Civil Local Rules;

8         THEREFORE, that parties hereby stipulate and agree as follows, and request that

9 the Court so order:

10         1.    Plaintiffs shall file and serve their Motion To Bifurcate on or before June 9,

11 2006.

12         2.    Defendant shall file its brief in opposition to Plaintiffs' Motion To

13 Bifurcate on or before June 23, 2006.

14         3.    Plaintiffs shall file their reply brief in support of their Motion To Bifurcate

15 on or before June 30, 2006.

16         4.    The hearing on Plaintiffs' Motion To Bifurcate shall be on July 21, 2006 at

17 9:00 a.m.

18         SO STIPULATED.

20 Dated: June 7, 2006         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

22         By:   */s/ Eve H. Cervantez*
                Eve H. Cervantez

23         275 Battery Street, 30th Floor
        San Francisco, CA 94111-3339
24         Telephone: (415) 956-1000
        Facsimile: (415) 956-1008

26         *Class Counsel*

542098.1     - 1 -    STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
CASE NO. C 03-2659 SI; C 03-2878 SI

1  Dated: June 7, 2006                SEYFARTH & SHAW LLP

2

3                                     By: __/s/ Gilmore F. Diekmann, Jr._____
                                              Gilmore F. Diekmann, Jr.

4                                     Gilmore F. Diekmann, Jr. (SBN 050400)
                                      560 Mission Street, Suite 3100
5                                     San Francisco, CA 94105
                                      Telephone: (415) 397-2823
6                                     Facsimile: (415) 397-8549

7                                     *Counsel for Defendant*

8

9               PURSUANT TO STIPULATION, IT IS SO ORDERED.

10  Dated: _____         [signature: Susan Illston]

11                                      _____
                                        Hon. Susan Illston
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

542098.1                          - 2 -                STIPULATION AND [PROPOSED] ORDER
                                                       SETTING BRIEFING SCHEDULE
                                                       CASE NO. C 03-2659 SI; C 03-2878 SI