[Names and addresses of counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR EXPERT REBUTTAL REPORTS AND EXPERT DEPOSITIONS, AND ADJUSTING BRIEFING AND HEARING DATES RE DISPOSITIVE MOTIONS** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

The parties through their counsel, hereby stipulate and agree as follows:

1     1.    The deadline for service of expert rebuttal reports is extended from
2  August 25, 2006 to September 1, 2006;
3     2.    After the service of expert rebuttal reports, FedEx shall produce some
4  additional agreed upon data from its FAMIS system. Plaintiffs shall have two weeks from receipt
5  of that data to supplement or amend their expert reports. If Plaintiffs do so supplement or amend
6  their expert reports, FedEx will have 2 weeks from service of the supplements or amendments to
7  depose the expert(s) about the supplement(s) or amendment(s);
8     3.    Except as set forth in paragraph 2, above, the deadline for completion of
9  expert discovery is extended from September 29, 2006 to and including, October 13, 2006;
10    4.    The briefing schedule for dispositive motions is extended by three weeks,
11 as follows:

| New Date | (Old Date) | Task |
| --- | --- | --- |
| October 20, 2006 | (September 29, 2006) | Moving papers to be served and filed. |
| November 17, 2006 | (October 27, 2006) | Opposition papers to be served and filed. |
| December 4, 2006 | (November 13, 2006) | Reply papers to be served and filed. |

17    5.    The Court will hold a hearing on dispositive motions, if any, on
18 December 22, 2006 at 9:00 a.m.
19         SO STIPULATED.

21 Dated: August 15, 2006        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ James M. Finberg

Bill Lann Lee
Eve H. Cervantez
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

| | |
|---|---|
| 1 | Todd M. Schneider (SBN 158253) |
| 2 | Guy B. Wallace (SBN 176151)<br>Joshua Konecky (SBN 182897) |
| 3 | SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 421-7100 |
| 5 | Facsimile: (415) 421-7105 |
| 6 | JOHN BURRIS (SBN 69888)<br>7677 Oakport Bldg., Suite 1120 |
| 7 | Oakland, CA 94612<br>Telephone: (510) 839-5210 |
| 8 | Facsimile: (510) 839-3882 |
| 9 | MICHAEL S. DAVIS (SBN 160045)<br>345 Hill Street |
| 10 | San Francisco, CA 94109<br>Telephone: (415) 282-4315 |
| 11 | Facsimile: (415) 358-5576 |
| 12 | KAY MCKENZIE PARKER (SBN 143140)<br>225 Bush Street, 16th Floor |
| 13 | San Francisco, CA 94104<br>Telephone: (415) 227-9622 |
| 14 | Facsimile: (415) 227-4522 |
| 15 | WAUKEEN Q. MCCOY (SBN 168228)<br>703 Market Street, Suite 1407 |
| 16 | San Francisco, CA 94103<br>Telephone: (415) 675-7705 |
| 17 | Facsimile: (415) 675-2530 |
| 18 | *Class Counsel* |

Dated: August 15, 2006   SEYFARTH & SHAW LLP

By: __ */s/ Gilmore F. Diekmann, Jr.* _____
     Gilmore F. Diekmann, Jr.

Gilmore F. Diekmann, Jr. (SBN 050400)
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

557855. 1     - 3 -     STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES
CASE NO. C 03-2659 SI; C 03-2878 SI

| | |
|---|---|
| 1 | Evelyn Becker |
| | O'MELVENY & MYERS LLP |
| 2 | 1625 Eye Street, N.W. |
| | Washington, D.C. 20006-4001 |
| 3 | Telephone: (202) 383-5300 |
| | Facsimile: (202) 383-5414 |
| 4 | |
| | Frederick Douglas |
| 5 | FEDERAL EXPRESS CORP. |
| | 3620 Hacks Cross Road, Bldg. B, 3rd fl. |
| 6 | Memphis, TN 38125-8800 |
| | Telephone: (901) 434-8519 |
| 7 | Facsimile: (901) 434-9271 |
| 8 | *Counsel for Defendant* |

### ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____

_/s/ Susan Illston_
Hon. Susan Illston
United States District Judge

557855. 1 — - 4 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES
CASE NO. C 03-2659 SI; C 03-2878 SI