[Names and addresses of counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR FILING CERTAIN MOTIONS TO COMPEL RE: NON-EXPERT DISCOVERY** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

|  |  |
|---|---|
| 1 | The parties through their counsel, hereby stipulate and agree as follows: |
| 2 | 1. The deadline for filing motions to compel relating to non-expert discovery |
| 3 | for issues already raised in meet-and-confer correspondence and teleconferences is extended from |
| 4 | August 22, 2006 to August 28, 2006. |
| 5 | 2. This stipulation pertains only to *specific* issues, documents and depositions |
| 6 | identified in correspondence dated *on or before* 5 p.m. (CST), August 18, 2006. |
| 7 | SO STIPULATED. |

Dated: August 21, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
Daniel E. Barenbaum

James M. Finberg
Bill Lann Lee
Eve H. Cervantez
Daniel E. Barenbaum
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

|   |   |
|---|---|
| 1 | KAY MCKENZIE PARKER (SBN 143140) |
| 2 | 225 Bush Street, 16th Floor |
|   | San Francisco, CA 94104 |
|   | Telephone: (415) 227-9622 |
| 3 | Facsimile: (415) 227-4522 |

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

*Class Counsel*

Dated: August 21, 2006

FEDERAL EXPRESS CORP.

By: /s/ Frederick Douglas
Frederick Douglas
DEB

3620 Hacks Cross Road, Bldg. B, 3rd fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Gilmore F. Diekmann, Jr.
SEYFARTH & SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

558963.2

- 3 -

STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINE
CASE NO. C 03-2659 SI; C 03-2878 SI

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____    _____
                                                Hon. Susan Illston
                                                United States District Judge