RECEIVED

AUG 2 8 2006

NORTHERN DISTR...

| | |
|---|---|
| 1 | James M. Finberg (SBN 114850)<br>Bill Lann Lee (SBN 108452) |
| 2 | Eve H. Cervantez (SBN 164709)<br>Chimène I. Keitner (SBN 226948) |
| 3 | LIEFF, CABRASER, HEIMANN &<br>   BERNSTEIN, LLP |
| 4 | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 |
| 5 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |

1 James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
2 Eve H. Cervantez (SBN 164709)
Chimène I. Keitner (SBN 226948)
3 LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
4 275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
5 Telephone: (415) 956-1000
Facsimile: (415) 956-1008

6

7 Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
8 Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
9 180 Montgomery Street, Suite 2000
San Francisco, CA 94104
10 Telephone: (415) 421-7100
Facsimile: (415) 421-7105

11 JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
12 Oakland, CA 94612
Telephone: (510) 839-5210
13 Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

14

15

16 *Class Counsel*

17 UNITED STATES DISTRICT COURT

18 NORTHERN DISTRICT OF CALIFORNIA

19

20 DERRICK SATCHELL, KALINI
BOYKIN, VALERIE BROWN, RICK
21 GONZALES, CYNTHIA GUERRERO,
RACHEL HUTCHINS, TYRONE
22 MERRITT, KELVIN SMITH, SR., and
KEN STEVENSON, on behalf of
23 themselves and all others similarly situated,

Plaintiffs,

24

25 v.

26 FEDEX EXPRESS, a Delaware
corporation,

27 Defendant.

28

Case No. C 03-2659 SI; C 03-2878 SI

CLASS ACTION

**STIPULATION AND [PROPOSED]
ORDER ALLOWING DOCUMENTS TO
BE FILED UNDER SEAL (Local Rule 79-5)**

560518.1

STIP. AND [PROPOSED] ORDER ALLOWING
DOCUMENTS TO BE FILED UNDER SEAL
CASE NO. C 03-2659 SI; C 03-2878 SI

1    WHEREAS, Plaintiffs took the deposition of Michael John Snyder, a former

2    employee of Defendant FedEx Express ("FedEx"), on June 9, 2006 ("the Deposition");

3    WHEREAS, Defendant FedEx requests that the Deposition be treated as

4    confidential, and that the Deposition transcript be filed under seal;

5    WHEREAS, on November 21, 2005, this Court ordered that transcripts of

6    depositions of Michael John Snyder taken in other actions be filed under seal;

7    THEREFORE, the Parties, by and through their counsel, stipulate and request that

8    the transcript of the Deposition of Michael John Snyder taken in this action on June 9, 2006 (or

9    excerpts thereof) may be filed under seal pursuant to Local Rule 79-5.

10    SO STIPULATED.

11    Dated: August 28, 2006

12

13    _____    _____

14    Eve H. Cervantez    Gilmore F. Diekmann, Jr.

15    LIEFF, CABRASER, HEIMANN &    SEYFARTH & SHAW LLP
      BERNSTEIN, LLP    560 Mission Street, Suite 3100

16    275 Battery Street, 30th Floor    San Francisco, CA 94105
      San Francisco, CA 94111-3339    Telephone: (415) 397-2823

17    Telephone: (415) 956-1000    Facsimile: (415) 397-8549
      Facsimile: (415) 956-1008

18    Class Counsel    Counsel for the Defendant

19

20    PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22    Dated: _____

23    The Honorable Susan Illston
      U.S. District Court Judge

24

25

26

27

28

STIP. AND [PROPOSED] ORDER ALLOWING
DOCUMENTS TO BE FILED UNDER SEAL
CASE NO. C 03-2659 SI; C 03-2878 SI