1  James M. Finberg (SBN 114850)
   Bill Lann Lee (SBN 108452)
2  Eve H. Cervantez (SBN 164709)
   Chimène I. Keitner (SBN 226948)
3  LIEFF, CABRASER, HEIMANN &
      BERNSTEIN, LLP
4  275 Battery Street, 30th Floor
   San Francisco, CA 94111-3339
5  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
6
7  Todd M. Schneider (SBN 158253)
   Guy B. Wallace (SBN 176151)
   Joshua Konecky (SBN 182897)
8  SCHNEIDER & WALLACE
   180 Montgomery Street, Suite 2000
9  San Francisco, CA 94104
   Telephone: (415) 421-7100
10 Facsimile: (415) 421-7105

11 JOHN BURRIS (SBN 69888)
   7677 Oakport Bldg., Suite 1120
12 Oakland, CA 94612
   Telephone: (510) 839-5210
13 Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

15
16 *Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br><u>CLASS ACTION</u><br><br><u>STIPULATION AND [PROPOSED] ORDER ALLOWING DOCUMENTS TO BE FILED UNDER SEAL (Local Rule 79-5)</u> |

560518.1

STIP. AND [PROPOSED] ORDER ALLOWING
DOCUMENTS TO BE FILED UNDER SEAL
CASE NO. C 03-2659 SI; C 03-2878 SI

1  WHEREAS, Plaintiffs took the deposition of Michael John Snyder, a former
2  employee of Defendant FedEx Express ("FedEx"), on June 9, 2006 ("the Deposition");
3  WHEREAS, Defendant FedEx requests that the Deposition be treated as
4  confidential, and that the Deposition transcript be filed under seal;
5  WHEREAS, on November 21, 2005, this Court ordered that transcripts of
6  depositions of Michael John Snyder taken in other actions be filed under seal;
7  THEREFORE, the Parties, by and through their counsel, stipulate and request that
8  the transcript of the Deposition of Michael John Snyder taken in this action on June 9, 2006 (or
9  excerpts thereof) may be filed under seal pursuant to Local Rule 79-5.
10  SO STIPULATED.
11  Dated: August 25, 2006

Eve H. Cervantez                    Gilmore F. Diekmann, Jr.

LIEFF, CABRASER, HEIMANN &          SEYFARTH & SHAW LLP
   BERNSTEIN, LLP                   560 Mission Street, Suite 3100
275 Battery Street, 30th Floor      San Francisco, CA 94105
San Francisco, CA 94111-3339        Telephone: (415) 397-2823
Telephone: (415) 956-1000           Facsimile: (415) 397-8549
Facsimile: (415) 956-1008

Class Counsel                       Counsel for the Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

The Honorable Susan Illston
U.S. District Court Judge

560518.1                  - 1 -              STIP. AND [PROPOSED] ORDER ALLOWING
                                             DOCUMENTS TO BE FILED UNDER SEAL
                                             CASE NO. C 03-2659 SI; C 03-2878 SI