[names and addresses of counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR REBUTTAL REPORTS OF DRS. DROGIN AND BAKER AND DATE TO COMPLETE EXPERT DEPOSITIONS** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

560615.1

STIP. AND [PROPOSED] ORDER CONTINUING DATE
FOR REBUTTAL REPORTS
CASE NO. C 03-2659 SI; C 03-2878 SI

The parties, through their counsel, hereby stipulate and agree as follows:

1. The date for the exchange of the rebuttal reports of Drs. Drogin and Baker shall be continued from September 1, 2006 to September 8, 2006;

2. The date for the completion of expert depositions shall be continued to, and including, October 17, 2006.

SO STIPULATED.

Dated: August 29, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
James M. Finberg

Bill Lann Lee
Eve H. Cervantez
Daniel E. Barenbaum
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

| | |
|---|---|
| 1 | KAY MCKENZIE PARKER (SBN 143140) |
| 2 | 225 Bush Street, 16th Floor<br>San Francisco, CA 94104 |
| 3 | Telephone: (415) 227-9622<br>Facsimile: (415) 227-4522 |
| 4 | WAUKEEN Q. MCCOY (SBN 168228) |
| 5 | 703 Market Street, Suite 1407<br>San Francisco, CA 94103 |
| 6 | Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 |
| 7 | *Class Counsel* |

Dated: August 29, 2006          SEYFARTH & SHAW LLP

By: _/s/ Gilmore F. Diekmann, Jr._
      Gilmore F. Diekmann, Jr.

SEYFARTH & SHAW LLP
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3rd fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

1  **ORDER**
2  The foregoing stipulation is approved, and IT IS SO ORDERED.
3  Dated: _____           _____
4                                     Hon. Susan Illston
                                      United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

560615.1 — - 3 - — STIP. AND [PROPOSED] ORDER CONTINUING DATE FOR REBUTTAL REPORTS
CASE NO. C 03-2659 SI; C 03-2878 SI