1  [names and addresses of counsel on signature page]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR REBUTTAL REPORTS OF DRS. DROGIN AND BAKER AND DATE TO COMPLETE EXPERT DEPOSITIONS** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

560615.1

1    The parties, through their counsel, hereby stipulate and agree as follows:

2    1.    The date for the exchange of the rebuttal reports of Drs. Drogin and Baker

3    shall be continued from September 1, 2006 to September 8, 2006;

4    2.    The date for the completion of expert depositions shall be continued to, and

5    including, October 17, 2006.

6    SO STIPULATED.

7

8    Dated: August 29, 2006    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

9    By: _____
10         James M. Finberg

11   Bill Lann Lee
     Eve H. Cervantez
12   Daniel E. Barenbaum
     Chimène I. Keitner
13   275 Battery Street, 30th Floor
     San Francisco, CA 94111-3339
14   Telephone: (415) 956-1000
     Facsimile: (415) 956-1008
15
     Todd M. Schneider (SBN 158253)
16   Guy B. Wallace (SBN 176151)
     Joshua Konecky (SBN 182897)
17   SCHNEIDER & WALLACE
     180 Montgomery Street, Suite 2000
18   San Francisco, CA 94104
     Telephone: (415) 421-7100
19   Facsimile: (415) 421-7105

20   JOHN BURRIS (SBN 69888)
     7677 Oakport Bldg., Suite 1120
21   Oakland, CA 94612
     Telephone: (510) 839-5210
22   Facsimile: (510) 839-3882

23   MICHAEL S. DAVIS (SBN 160045)
     345 Hill Street
24   San Francisco, CA 94109
     Telephone: (415) 282-4315
25   Facsimile: (415) 358-5576

26

27

28

| | |
|---|---|
| 1 | KAY MCKENZIE PARKER (SBN 143140) |
| 2 | 225 Bush Street, 16th Floor<br>San Francisco, CA 94104 |
| 3 | Telephone: (415) 227-9622<br>Facsimile: (415) 227-4522 |
| 4 | WAUKEEN Q. MCCOY (SBN 168228) |
| 5 | 703 Market Street, Suite 1407<br>San Francisco, CA 94103 |
| 6 | Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 |
| 7 | *Class Counsel* |
| 8 | |
| 9 | Dated: August 29, 2006    SEYFARTH & SHAW LLP |
| 10 | |
| 11 | By: _/s/ Gilmore F. Diekmann, Jr._<br>       Gilmore F. Diekmann, Jr. |
| 12 | SEYFARTH & SHAW LLP |
| 13 | 560 Mission Street, Suite 3100<br>San Francisco, CA 94105 |
| 14 | Telephone: (415) 397-2823<br>Facsimile: (415) 397-8549 |
| 15 | FEDERAL EXPRESS CORP. |
| 16 | 3620 Hacks Cross Road, Bldg. B, 3rd fl.<br>Memphis, TN 38125-8800 |
| 17 | Telephone: (901) 434-8519<br>Facsimile: (901) 434-9271 |
| 18 | Evelyn Becker |
| 19 | O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W. |
| 20 | Washington, D.C. 20006-4001<br>Telephone: (202) 383-5300 |
| 21 | Facsimile: (202) 383-5414 |
| 22 | *Counsel for Defendant* |

560615.1

- 2 -

STIP. AND [PROPOSED] ORDER CONTINUING DATE
FOR REBUTTAL REPORTS
CASE NO. C 03-2659 SI; C 03-2878 SI

|  |  |
|---|---|
| 1 | **ORDER** |
| 2 | The foregoing stipulation is approved, and IT IS SO ORDERED. |

Dated: _____     _____
                                                            Hon. Susan Illston
                                                            United States District Judge

560615.1      - 3 -      STIP. AND [PROPOSED] ORDER CONTINUING DATE
                          FOR REBUTTAL REPORTS
                          CASE NO. C 03-2659 SI; C 03-2878 SI