1   [Names and addresses of counsel appear on
2   signature page]

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  DERRICK SATCHELL, KALINI              Case No. C 03-2659 SI
    BOYKIN, VALERIE BROWN, RICK
12  GONZALES, CYNTHIA GUERRERO,           CLASS ACTION
    RACHEL HUTCHINS, TYRONE
13  MERRITT, KELVIN SMITH, SR., and       STIPULATION AND [PROPOSED]
    KEN STEVENSON, on behalf of           ORDER REGARDING DEPOSITION AND
14  themselves and all others similarly situated,   DOCUMENTS PRODUCED BY
                                          PLAINTIFFS' EXPERT ANTHONY G.
15                  Plaintiffs,           GREENWALD, PH.D.

16  v.

17  FEDEX EXPRESS, a Delaware
    corporation,
18
                    Defendant.
19

20  CALDWELL, et al.,                     Case No. C 03-02878 SI

21                  Plaintiffs,

22  vs.

23  FEDEX CORPORATION, et al.,

24
                    Defendants.
25

26

27

28

564800.1                                STIPULATION AND [PROPOSED] ORDER
                                         CASE NO. C 03-2659 SI; C 03-2878 SI

WHEREAS, Defendant FedEx Express served its Request for Production of Documents From the Files and Records of Anthony G. Greenwald, Ph.D. on September 8, 2006;

WHEREAS, the deadline for Plaintiffs to serve responses and/or objections to Defendant's request was October 9, 2006;

WHEREAS, on September 20 and 21, 2006, Plaintiffs produced documents to Defendant in anticipation of Dr. Greenwald's September 22, 2006 deposition prior to responding to the discovery request;

WHEREAS, the September 22, 2006 deposition did not conclude, and Plaintiffs produced more documents on September 25, 2006;

WHEREAS, Dr. Greenwald believes that certain responsive documents, data, and correspondence that were produced are confidential and/or proprietary;

WHEREAS, the parties met and conferred regarding those claimed confidential and proprietary documents and agreed to this Stipulation;

The parties, through their counsel, hereby stipulate and agree as follows:

1.      The following categories of documents produced by Plaintiffs to Defendant FedEx Express[1] that were responsive to FedEx's September 8, 2006 Request for Production of Documents From the Files and Records of Anthony G. Greenwald, Ph.D. —as well as testimony relating to them—are to be (a) treated as proprietary and confidential; (b) used or considered only for the purpose of this litigation; and (c) viewed or considered only by FedEx counsel and its experts, Drs. Campion and Tetlock (who must sign the Consent to Be Bound by This Agreement (attached as Exhibit A)) for use in this litigation.

a.      Documents and electronic files provided to Dr. Greenwald by the other authors of the Poehlman IAT meta-analysis (cited in Dr. Greenwald's expert report), including, but not limited to, the underlying data used in the analysis and correspondence relating to it;

---

[1] The documents at issue were all produced electronically by Plaintiffs to Defendant FedEx Express on September 21 and 25, 2006.

1            b.     Correspondence or other records of communications among the

2    authors of the Poehlman IAT meta-analysis relating to conducting the substantive analysis; and

3            c.     Editorial correspondence relating to the submission for possible

4    publication of the Poehlman IAT meta-analysis, including, but not limited to, referee reports,

5    reviews, and letters from editors.

6            SO STIPULATED.

7

8    Dated: November 9, 2006        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

9

                                    By: _____

10                                             James M. Finberg

11                                James M. Finberg

12                                Bill Lann Lee
                             Eve H. Cervantez

13                                Daniel E. Barenbaum
                             Chimène I. Keitner

14                                275 Battery Street, 30th Floor
                             San Francisco, CA  94111-3339

15                                Telephone:  (415) 956-1000
                             Facsimile:  (415) 956-1008

16                                Todd M. Schneider (SBN 158253)

17                                Guy B. Wallace (SBN 176151)
                             Joshua Konecky (SBN 182897)

18                                SCHNEIDER & WALLACE
                             180 Montgomery Street, Suite 2000

19                                San Francisco, CA  94104
                             Telephone: (415) 421-7100

20                                Facsimile: (415) 421-7105

21                                JOHN BURRIS (SBN 69888)

22                                7677 Oakport Bldg., Suite 1120
                             Oakland, CA  94612

23                                Telephone:  (510) 839-5210
                             Facsimile:   (510) 839-3882

24                                MICHAEL S. DAVIS (SBN 160045)

25                                345 Hill Street
                             San Francisco, CA 94109

26                                Telephone:  (415) 282-4315
                             Facsimile:   (415) 358-5576

27

28

1     KAY MCKENZIE PARKER (SBN 143140)
    225 Bush Street, 16th Floor
2     San Francisco, CA 94104
    Telephone: (415) 227-9622
3     Facsimile: (415) 227-4522

4     WAUKEEN Q. MCCOY (SBN 168228)
    703 Market Street, Suite 1407
5     San Francisco, CA 94103
    Telephone: (415) 675-7705
6     Facsimile: (415) 675-2530

7     *Class Counsel*

8

9 Dated: ~~October~~ *Nov.* 7, 2006     SEYFARTH & SHAW LLP

10

11     By: _____
    Gilmore F. Diekmann, Jr.

12

13     560 Mission Street, Suite 3100
    San Francisco, CA 94105
14     Telephone: (415) 397-2823
    Facsimile: (415) 397-8549

15     Frederick Douglas
16     FEDERAL EXPRESS CORP.
    3620 Hacks Cross Road, Bldg. B, 3rd fl.
17     Memphis, TN 38125-8800
    Telephone: (901) 434-8519
18     Facsimile: (901) 434-9271

19     Evelyn Becker
    O'MELVENY & MYERS LLP
20     1625 Eye Street, N.W.
    Washington, D.C. 20006-4001
21     Telephone: (202) 383-5300
    Facsimile: (202) 383-5414

22     *Counsel for Defendant*

23
24
25
26
27
28

**<u>ORDER</u>**

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____

Hon. Susan Illston
United States District Judge

1

**<u>EXHIBIT A</u>**

2

<u>CONSENT TO BE BOUND BY THIS AGREEMENT</u>

3

4          I, _____, hereby acknowledge that I have been

5    provided with a copy of the Stipulation and Order Regarding Deposition and Documents

6    Produced by Plaintiffs' Expert Anthony G. Greenwald, Ph.D. ("Order") which has been entered

7    by the Court in <u>Satchell v. FedEx Express Corp.</u>, Case Nos. C-03-2659 SI, C-03-02878 SI (N.D.

8    Cal.).

9          I hereby agree to be bound by the terms of the Order; to not reveal any confidential

10   or proprietary documents or testimony encompassed by the Order to anyone not designated by the

11   Order; and to not use those documents and testimony for any purpose not directly related to this

12   litigation.

13

14   _____          _____

15   DATE                                 SIGNATURE

16

17

18

19

20

21

22

23

24

25

26

27

28