| | |
|---|---|
| 1 | [Names and Addresses of Counsel Appear on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR PLAINTIFFS TO FILE STATEMENT RE: PROMOTIONS CLAIMS FROM NOVEMBER 28 TO DECEMBER 1, 2006** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

WHEREAS, on November 14, 2006, to Court ordered Plaintiffs' Counsel to file by November 28, 2006 a statement further clarifying the class' promotions claims;

| | |
|---|---|
| 1 | WHEREAS, due to the Thanksgiving holiday and the preexisting travel plans of Plaintiffs' Counsel and its statistical expert, complying with that deadline presented a hardship for Class Counsel, |

WHEREAS, due to the Thanksgiving holiday and the preexisting travel plans of Plaintiffs' Counsel and its statistical expert, complying with that deadline presented a hardship for Class Counsel,

The parties have stipulated and agreed as follows:

1. Class Counsel shall have up to, and including, December 1, 2006, to file the Statement required by the Court's November 14, 2006 Order.

SO STIPULATED.

Dated: November 17, 2006

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
James M. Finberg

Bill Lann Lee
Eve H. Cervantez
Chimène I. Keitner
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

SCHNEIDER & WALLACE
Todd Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

```
KAY MCKENZIE PARKER  (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone:  (415) 227-9622
Facsimile:  (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA  94103
Telephone:  (415) 675-7705
Facsimile:  (415) 675-2530
```

*Class Counsel*

Dated: November 17, 2006

SEYFARTH & SHAW LLP

By: _____
Gilmore F. Diekmann, Jr. (SBN 050400)

```
560 Mission Street, Suite 3100
San Francisco, CA  94105
Telephone:  (415) 397-2823
Facsimile:  (415) 397-8549

O'MELVENY & MYERS LLP
Evelyn Becker
1625 Eye Street, N.W.
Washington, D.C.  20006-4001
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
```

: November __, 2006

```
FEDERAL EXPRESS CORP.
Frederick Douglas
3620 Hacks Cross Road, Bldg. B, 3rd fl.
Memphis, TN  38125-8800
Telephone:  (901) 434-8519
Facsimile:  (901) 434-9271
```

*Counsel for Defendant*

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____    _____
Hon. Susan Illston
United States District Judge