[Names and Addresses of Counsel
Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR FILING PRETRIAL CONFERENCE STATEMENT AND *IN LIMINE* MOTIONS DIRECTED AT LAY WITNESSES** |
| CALDWELL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX CORPORATION, et al.,<br><br>Defendants. | Case No. C 03-02878 SI |

WHEREAS, under the Court's November 28, 2005 Pretrial Preparation Order, the parties' Pretrial Conference Statement is currently due on January 8, 2007;

WHEREAS, because of the approaching holidays, and a mediation set for

1  December 28 and 29, 2006, meeting that deadline would be very difficult for the parties;

2  WHEREAS, the parties would also like an opportunity to make *in limine* motions

3  directed at witnesses after the exchange of witness lists;

4  The parties stipulate and agree as follows:

5  1.  The deadline for filing of the Pretrial Conference Statement shall be

6  continued from Monday, January 8, 2007 to Friday, January 12, 2007;

7  2.  The deadline for filing *in limine* motions directed to witnesses shall be

8  extended to January 16, 2007, with the deadline for oppositions to such motions extended to

9  January 22, 2007.

10  SO STIPULATED.

11  Dated: December 20, 2006        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

13  By: _____
        James M. Finberg

14  Bill Lann Lee
15  Eve H. Cervantez
    Chimène I. Keitner
16  275 Battery Street, 30th Floor
    San Francisco, CA  94111-3339
17  Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008

18  SCHNEIDER & WALLACE
19  Todd Schneider (SBN 158253)
    Guy B. Wallace (SBN 176151)
20  Joshua Konecky (SBN 182897)
    180 Montgomery Street, Suite 2000
21  San Francisco, CA  94104
    Telephone: (415) 421-7100
22  Facsimile: (415) 421-7105

23  JOHN BURRIS (SBN 69888)
    7677 Oakport Bldg., Suite 1120
24  Oakland, CA  94612
    Telephone:  (510) 839-5210
25  Facsimile:  (510) 839-3882

26  MICHAEL S. DAVIS (SBN 160045)
    345 Hill Street
27  San Francisco, CA  94109
    Telephone:  (415) 282-4315
28  Facsimile:  (415) 358-5576

582024.1        - 2 -        STIPULATION AND [PROPOSED] ORDER
                             MODIFYING SCHEDULE FOR FILING STATEMENT
                             CASE NO. C 03-2659 SI; C 03-2878 SI

Case 3:03-cv-02659   Document 546   Filed 12/20/2006   Page 2 of 3

Case 3:03-cv-02659-SI Document 546 Filed 12/20/2006 Page 3 of 3

```
 1   KAY MCKENZIE PARKER (SBN 143140)
     225 Bush Street, 16th Floor
 2   San Francisco, CA 94104
     Telephone: (415) 227-9622
 3   Facsimile:  (415) 227-4522

 4   WAUKEEN Q. MCCOY (SBN 168228)
     703 Market Street, Suite 1407
 5   San Francisco, CA 94103
     Telephone: (415) 675-7705
 6   Facsimile:  (415) 675-2530

 7   Class Counsel

 8

 9   Dated: December 20, 2006        SEYFARTH & SHAW LLP

10
                                     By: _____
11                                       Gilmore F. Diekmann, Jr. (SBN 050400)

12                                   560 Mission Street, Suite 3100
                                     San Francisco, CA 94105
13                                   Telephone: (415) 397-2823
                                     Facsimile:  (415) 397-8549
14
                                     O'MELVENY & MYERS LLP
15                                   Evelyn Becker
                                     1625 Eye Street, N.W.
16                                   Washington, D.C. 20006-4001
                                     Telephone: (202) 383-5300
17                                   Facsimile:  (202) 383-5414

18                                   FEDERAL EXPRESS CORP.
                                     Frederick Douglas
19                                   3620 Hacks Cross Road, Bldg. B, 3rd fl.
                                     Memphis, TN 38125-8800
20                                   Telephone: (901) 434-8519
                                     Facsimile:  (901) 434-9271
21
                                     Counsel for Defendant
22

23
                                        ORDER
24
           The foregoing stipulation is approved, and IT IS SO ORDERED.
25

26   Dated: _____   _____
                                         Hon. Susan Illston
27                                       United States District Judge

28
```