| | |
|---|---|
| Kelly M. Dermody (SBN 171716)<br>Bill Lann Lee (SBN 108452)<br>Daniel E. Barenbaum (SBN 209261)<br>Lexi J. Hazam (SBN 224457)<br>Chimene I. Keitner (SBN 226948)<br>LIEFF, CABRASER, HEIMANN &<br>  BERNSTEIN, LLP<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>JOHN L. BURRIS (SBN 69888)<br>7677 Oakport Bldg., Suite 1120<br>Oakland, CA 94612<br>Telephone: (510) 839-5210<br>Facsimile: (510) 839-3882<br><br>KAY MCKENZIE PARKER (SBN 143140)<br>225 Bush Street, 16th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 227-9622<br>Facsimile: (415) 675-2530<br><br>WAUKEEN Q. MCCOY (SBN 168228)<br>703 Market Street, Suite 1407<br>San Francisco, CA 94103<br>Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 | Todd M. Schneider (SBN 158253)<br>Guy B. Wallace (SBN 176151)<br>SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105<br><br>MICHAEL S. DAVIS (SBN 160045)<br>345 Hill Street<br>San Francisco, CA 94109<br>Telephone: (415) 282-4315<br>Facsimile: (415) 358-5576<br><br>James M. Finberg (SBN 1148500)<br>Eve H. Cervantez (SBN 164709)<br>Danielle E. Leonard (SBN 218201)<br>Claire Prestel (SBN 235649)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 |

*Class Counsel*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>    Defendant. | Case Nos. C03-02659 SI; C03-02878 SI<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFFS' MOTIONS FILED DECEMBER 8, 2006<br><br>PLACE:   Courtroom 10, 19th Floor<br>JUDGE:   Hon. Susan Illston |

STIP. AND [PROP.] ORDER RE: BRIEF. SCHED. FOR 12/8/06 MOTS. – Case Nos. 03-02659 SI, 03-02878 SI

1  The parties, through their counsel, hereby stipulate and agree as follows:

2  WHEREAS plaintiffs filed the following evidentiary motions on December 8, 2006: 1) Motion for an Order Precluding Defendants from Introducing Evidence Regarding the Racial Composition of Upper-Level Management (docket no. 532); and 2) Motion to Preclude Non-Rebuttal Labor Economist Opinion of Mary Baker Raised for the First Time in Her Rebuttal Report, or, in the Alternative, to Permit Plaintiffs to Submit a Rebuttal Report of a Labor Economist (docket no. 533);

WHEREAS plaintiffs originally noticed these motions for hearing on January 12, 2007, with opposition briefs due December 22, 2006 and reply briefs due December 29, 2006;

WHEREAS the Court continued the hearing dates for these motions to January 23, 2007;

WHEREAS defendant FedEx Express filed its opposition briefs to these motions on January 3, 2007;

WHEREAS plaintiffs, if required to file their opposition briefs on January 9, 2007, would not have the full one-week period available under the Local Rules for filing reply briefs;

THEREFORE, it is hereby stipulated that:

Plaintiffs may have until January 10, 2007 to file their reply briefs for these two motions.

DATED: January 3, 2007

ALTSHULER BERZON LLP

/s/ Claire Prestel
Claire Prestel

James M. Finberg
Eve H. Cervantez
Danielle E. Leonard
Claire Prestel
177 Post Street, Suite 300
San Francisco, CA 94108

---

STIP. AND [PROP.] ORDER RE: BRIEF. SCHED. FOR 12/8/06 MOTS. – Case Nos. 03-02659 SI, 03-02878 SI

1

|   |   |
|---|---|
| 1 | Kelly M. Dermody |
| 2 | Bill Lann Lee<br>Daniel E. Barenbaum |
| 3 | Chimène I. Keitner<br>LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 4 | 275 Battery Street, 30th Floor |
| 5 | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 |
| 6 | Facsimile: (415) 956-1008 |
| 7 | Todd M. Schneider<br>Guy B. Wallace |
| 8 | SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000 |
| 9 | San Francisco, CA 94104<br>Telephone: (415) 421-7100 |
| 10 | Facsimile: (415) 421-7105 |
| 11 | JOHN L. BURRIS<br>7677 Oakport Bldg., Suite 1120 |
| 12 | Oakland, CA 94612<br>Telphone: (510) 839-5210 |
| 13 | Facsimile: (415) 421-7105 |
| 14 | MICHAEL S. DAVIS<br>345 Hill Street |
| 15 | San Francisco, CA 94109<br>Telephone: (415) 282-4315 |
| 16 | Facsimile: (415) 358-5576 |
| 17 | KAY MCKENZIE PARKER<br>225 Bush Street, 16th Floor |
| 18 | San Francisco, CA 94104<br>Telephone: (415) 227-9622 |
| 19 | Facsimile: (415) 227-4522 |
| 20 | WAUKEEN Q. MCCOY<br>703 Market Street, Suite 1407 |
| 21 | San Francisco, CA 94103<br>Telephone: (415) 675-7705 |
| 22 | Facsimile: (415) 675-2530 |
| 23 | *Class Counsel* |

STIP. AND [PROP.] ORDER RE: BRIEF. SCHED. FOR 12/8/06 MOTS. – Case Nos. 03-02659 SI, 03-02878 SI

| | | |
|---|---|---|
| 1 | DATED: January 3, 2007 | SEYFARTH & SHAW LLP |

/s/
Gilmore F. Diekmann Jr.

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telphone: (415) 397-2823
Facsimile: (415) 397-8549

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3d Fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

## **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: _____                  _____
                                         Hon. Susan Illston
                                         United States District Judge