IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL,<br><br>        Plaintiff,<br><br>  v.<br><br>FEDEX CORPORATION,<br><br>        Defendant.<br>_____ / | No. C 03-02659 SI<br>and C-03-2659 SI<br><br>**SECOND**<br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

HEARING ON MOTIONS IN LIMINE: February 9, 2007 at 9:00 a.m.
Reply due: 1/16/07

HEARING ON MOTIONS IN LIMINE: March 2, 2007 at 9:00 a.m.
Motions filed: 1/19/07, Oppositions due: 2/2/07, Replies due: 2/9/07

PRETRIAL CONFERENCE DATE: March 13, 2007 at 3:30 PM.
(Pretrial Statement due: 2/27/07)

JURY TRIAL DATE: April 2, 2007 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial and trial dates were continued as indicated above.
Counsel will discuss the use of jury questionnaires during the 2/9/07 hearing.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 1/16/07

                                                  *Susan Illston*
                                                  SUSAN ILLSTON
                                                  United States District Judge

**United States District Court**
**For the Northern District of California**