1  Todd M. Schneider (SBN 158253)
   Guy B. Wallace (SBN 176151)
2  Nancy Park (SBN 236750)
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
4  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
5
   James M. Finberg (SBN 114850)
6  Eve. H. Cervantez (SBN 164709)
   Danielle E. Leonard (SBN 218201)
7  Claire Prestel (SBN 235649)
   ALTSHULER BERZON LLP
8  177 Post St., Suite 300
   San Francisco, CA 94108
9  Telephone: (415) 421 – 7151
   Facscimile: (415) 362 - 8064
10
   Kelly M. Dermody (SBN 171716)
11 Dan E. Barenbaum (SBN 209261)
   LIEFF, CABRASER, HEIMANN &
12   BERNSTEIN, LLP
   275 Battery Street, 30th Floor
13 San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
14 Facsimile: (415) 956-1008

15 *Additional Class Counsel appear on
    signature page*
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GUY B. WALLACE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION IN LIMINE #9 RE EXCLUDING DR. BIELBY**<br><br>Date: March 2, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 10 |

1   I, Guy Wallace, hereby declare as follows:

2   1.   I am an attorney with Schneider & Wallace in San Francisco, California, counsel
3   of record for Plaintiffs in the above-referenced action.  Each of the facts set forth herein is true
4   and correct within my personal knowledge, and if called and sworn as a witness, I would
5   competently testify thereto.

6   2.   Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Dr.
7   William Bielby.

8   3.   Attached hereto as Exhibit B is a true and correct copy of the transcript of the
9   October 16, 2006 Deposition of Dr. William Bielby.

10  4.   Attached hereto as Exhibit C is a true and correct copy of the Expert Report of Dr.
11  Michael Campion.

12  5.   Attached hereto as Exhibit D is a true and correct copy of the Expert Report of Dr.
13  Philip Tetlock.

14  6.   Attached hereto as Exhibit E is a true and correct copy of the Expert Rebuttal
15  Report of Dr. William Bielby.

16  7.   Attached hereto as Exhibit F is a true and correct copy of the transcript of the
17  December 13, 2006 Deposition of Dr. Philip Tetlock.

18

19  I declare under penalty of perjury under the laws of the United States that the foregoing is
20  true and correct.

21  Executed on this 2d day of February 2007, in San Francisco, California.

22

23

24  \_\_/s/_____
    GUY B. WALLACE
25

26

27

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Todd M. Schneider (SBN 158253)<br>Guy B. Wallace (SBN 176151) | Michael S. Davis (SBN 160045)<br>LAW OFFICES OF MICHAEL S. DAVIS |
| 5 | Nancy Park (SBN 236750)<br>SCHNEIDER & WALLACE | 345 Hill Street<br>San Francisco, CA 94109 |
| 6 | 180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104 | Telephone: (415) 282-4315<br>Facsimile: (415) 358-5576 |
| 7 | Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 | |
| 8 | | John L. Burris (SBN 69888)<br>Miles Washington (SBN 88288) |
| 9 | James M. Finberg (SBN 114850)<br>Eve. H. Cervantez (SBN 164709) | LAW OFFICES OF JOHN BURRIS<br>7677 Oakport Bldg., Suite 1120 |
| 10 | Danielle E. Leonard (SBN 218201)<br>Claire Prestel (SBN 235649) | Oakland, CA 94612<br>Telephone: (510) 839-5210 |
| 11 | ALTSHULER BERZON LLP<br>177 Post St., Suite 300 | Facsimile: (510) 839-3882 |
| 12 | San Francisco, CA 94108<br>Telephone: (415) 421 – 7151 | Barry Goldstein (SBN 141868) |
| 13 | Facscimile: (415) 362 - 8064 | GOLDSTEIN, DEMCHAK, BALLER,<br>  BORGEN & DARDARIAN |
| 14 | Kelly M. Dermody (SBN 171716) | 300 Lakeside Drive, Suite 1000<br>Oakland, CA 94612 |
| 15 | Dan E. Barenbaum (SBN 209261)<br>LIEFF, CABRASER, HEIMANN & | Telephone: (510) 763-9800<br>Facsimile: (510) 835-1417 |
| 16 |   BERNSTEIN, LLP<br> 275 Battery Street, 30th Floor | |
| 17 | San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000 | Kay McKenzie Parker (SBN 143140)<br>225 Bush Street, 16th Floor |
| 18 | Facsimile: (415) 956-1008 | San Francisco, CA 94104<br>Telephone: (415) 227-9622<br>Facsimile: (415) 227-4522 |
| 19 | Waukeen Q. McCoy | |
| 20 | LAW OFFICES OF<br>  WAUKEEN Q. McCOY | |
| 21 | 703 Market Street, Suite 1407<br>San Francisco, CA 94103 | |
| 22 | Telephone: (415) 675-7705<br>Facsimile: (415) 675-2320 | |
| 23 | | |
| 24 | *Class Counsel* | |
| 25 | | |
| 26 | | |
| 27 | | |

2

DECLARATION OF GUY B. WALLACE IN SUPPORT
OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S
MOTION IN LIMINE #9
CASE NO. C 03-2659 SI; C 03-2878 SI