James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Additional class counsel appear on signature page.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FEDEX EXPRESS, a Delaware Corporation,

Defendant.

Case Nos. C03-02659 SI; C03-02878 SI

CLASS ACTION

STIPULATION AND [PROPOSED] ORDER ALLOWING DEFENDANT'S MOTION IN LIMINE NO. 8, PLAINTIFFS' OPPOSITION TO THAT MOTION, AND PLAINTIFFS' SUPPORTING PRESTEL DECLARATION TO BE FILED UNDER SEAL

WHEREAS on November 9, 2006, the parties submitted a stipulation and [proposed] order providing that certain materials produced by plaintiffs to defendant FedEx Express ("FedEx") should be treated as proprietary and confidential and viewed or considered only by FedEx counsel and its experts Drs. Campion and Tetlock, *see* Docket No. 519;

WHEREAS on November 9, 2006, the Court approved the parties' stipulation and signed the proposed order, *see* Docket No. 520;

WHEREAS the materials covered by the Court's Order include the following: "Editorial correspondence relating to the submission for possible publication of the Poehlman IAT meta-analysis, including, but not limited to, referee reports, reviews, and letters from editors";

WHEREAS FedEx has filed a motion *in limine* that relies on and quotes from confidential "[e]ditorial correspondence" covered by the Court's November 9, 2006 Order (*see* Docket No. 609, Defendant's Motion in Limine No. 8 (To Exclude Testimony Based on the Unpublished Poehlman Study Regarding the Behavioral Predictability of the IAT));

WHEREAS plaintiffs intend to discuss and quote from confidential correspondence covered by the Court's November 9, 2006 Order in their opposition brief due February 2, 2007;

WHEREAS plaintiffs also intend to attach some of the confidential correspondence as exhibits to a declaration in support of their February 2 opposition brief;

WHEREAS the only way to abide by the parties' November 9, 2006 stipulation and the Court's November 9, 2006 Order is to file documents containing the confidential correspondence under seal;

//

//

//

//

//

//

//

//

THEREFORE, the parties, by and through their counsel, stipulate and request that

1. Defendant's Motion in Limine No. 8 (To Exclude Testimony Based on the Unpublished Poehlman Study Regarding the Behavioral Predictability of the IAT) be removed from the publicly available file and placed under seal pursuant to Local Rule 79-5 and this Court's November 9, 2006 Order.

2. Plaintiffs' Opposition to FedEx's Motion *In Limine* No. 8 (To Exclude Testimony Based on the Unpublished Poehlman Study Regarding the Behavioral Predictability of the IAT), and the supporting Declaration of Claire Prestel, submitted February 2, 2007, may be filed under seal pursuant to Local Rule 79-5 and this Court's November 9, 2006 Order.

Dated: February 2, 2007

ALTSHULER BERZON LLP

Claire Prestel

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

JOHN BURRIS (SBN 69888)
7677 Oak Port St., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Barry Goldstein (SBN 141868)
GOLDSTEIN, DEMCHAK, BALLER,
BORGEN DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 834-1417

*Class Counsel*

DATED: February 2, 2007

SEYFARTH & SHAW LLP

G. / Diekmann /CP
Gilmore F. Diekmann Jr.

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3d Fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

**ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: ______________________

Hon. Susan Illston
United States District Judge

5

STIP. AND [PROP.] ORDER RE: FILING UNDER SEAL – Case Nos. C03-02659 SI, C03-02878 SI