James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
Rebekah Evenson (SBN 207825)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>**DECLARATION OF EVE H. CERVANTEZ IN SUPPORT OF PLAINTIFFS' REPLY RE MOTION *IN LIMINE* NO. 4 TO PRECLUDE DEFENDANT'S EXPERT MARY BAKER'S ANALYSIS AND OPINION CONTROLLING FOR THE RACE OF MANAGERS**<br><br>Date: March 2, 2007<br>Time: 9:00 a.m.<br>Place: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

1

2   I, Eve H. Cervantez, declare as follows:

3   1. I am a member in good standing of the State Bar of California. I am a partner in the law firm of Altshuler Berzon LLP and one of the counsel for the plaintiffs and class members in this case. I make this declaration in support of the Plaintiffs' Reply re Motion *in Limine* No. 4 to Preclude Defendant's Expert Mary Baker's Analysis and Opinion Controlling for the Race of Managers.

2. Attached to this Declaration as Exhibit A is a true and correct copy of excerpts from the September 1, 2006 Rebuttal Report of William T. Bielby, Ph.D.

3. Attached to this Declaration as Exhibit B is a true and correct copy of excerpts from the June 30, 2006 Expert Report of William T. Bielby, Ph.D.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed at San Francisco, California, this 9th day of February 2007.

      /s/ Eve H. Cervantez
      EVE H. CERVANTEZ