1  Todd M. Schneider (SBN 158253)
   Guy B. Wallace (SBN 176151)
2  Nancy Park (SBN 236750)
   SCHNEIDER & WALLACE
3  180 Montgomery Street, Suite 2000
   San Francisco, CA 94104
4  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
5
   James M. Finberg (SBN 114850)
6  Eve. H. Cervantez (SBN 164709)
   Danielle E. Leonard (SBN 218201)
7  Claire Prestel (SBN 235649)
   ALTSHULER BERZON LLP
8  177 Post St., Suite 300
   San Francisco, CA 94108
9  Telephone: (415) 421 – 7151
   Facsimile: (415) 362 - 8064
10
   Kelly M. Dermody (SBN 171716)
11 Dan E. Barenbaum (SBN 209261)
   LIEFF, CABRASER, HEIMANN &
12   BERNSTEIN, LLP
   275 Battery Street, 30th Floor
13 San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
14 Facsimile: (415) 956-1008

15 *Additional Class Counsel appear on
    signature page*
16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FEDEX EXPRESS, a Delaware corporation, <br><br> Defendant. | Case No. C 03-2659 SI; C 03-2878 SI <br><br> **CLASS ACTION** <br><br> **REPLY DECLARATION OF GUY B. WALLACE IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE #7 REQUESTING AN ADVERSE INFERENCE JURY INSTRUCTION REGARDING DEFENDANT'S DESTRUCTION OF RECORDS THAT ARE RELEVANT TO THE CLAIMS OF THE PLAINTIFF CLASS** <br><br> Date: March 2, 2007 <br> Time: 9:00 a.m. <br> Place: Courtroom 10 |

1    I, Guy Wallace, hereby declare as follows:

2    1.    I am an attorney with Schneider & Wallace in San Francisco, California, counsel of record for Plaintiffs in the above-referenced action. Each of the facts set forth herein is true and correct within my personal knowledge, and if called and sworn as a witness, I would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of *Defendant's Response in Opposition to Motion for Relief Pursuant to F.R.C.P. 56(f) and Reply in Support of Motion for Summary Judgment*.

3.    Attached hereto as Exhibit B is a true and correct copy of *Defendant's Responses to Plaintiffs' Fourth Set of Requests for Production of Documents*.

4.    Attached hereto as Exhibit C is a true and correct copy of Dr. Drogin's December 20, 2006 Report: *Statistical Analysis of Race and Ethnic Patterns In Federal Express Workforce*.

5.    Attached hereto as Exhibit D are a true and correct copies of the relevant portions of the Deposition of Paula Presnoples.

6.    Attached hereto as Exhibit E is a true and correct copy of Gil Diekmann's October 20, 2004 email to Chimene Keitner, entitled "Satchell-Final Answer to Data Questions."

7.    Attached hereto as Exhibit F is a true and correct copy of Dr. Drogin's June 30, 2006 Report: *Statistical Analysis of Race and Ethnic Patterns In Federal Express Workforce.*

8.    Attached hereto as Exhibit G is a true and correct copy of Frederick Douglas's Occtober 28, 2005 letter to Guy Wallace.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 9th day of February 2007, in San Francisco, California.

\_\_/s/ *Guy Wallace*_____
GUY B. WALLACE

1

REPLY DECLARATION OF GUY B. WALLACE IN SUPPORT OF PLAINTIFFS' MOTION IN LIMINE #7 REQUESTING ADVERSE INFERENCE JURY INSTRUCTION
CASE NO. C 03-2659 SI; C 03-2878 SI

| | | |
|---|---|---|
| 1 | Todd M. Schneider (SBN 158253)<br>Guy B. Wallace (SBN 176151) | Michael S. Davis (SBN 160045)<br>LAW OFFICES OF MICHAEL S. DAVIS |
| 2 | Nancy Park (SBN 236750)<br>SCHNEIDER & WALLACE | 345 Hill Street<br>San Francisco, CA 94109 |
| 3 | 180 Montgomery Street, Suite 2000<br>San Francisco, CA 94104 | Telephone: (415) 282-4315<br>Facsimile: (415) 358-5576 |
| 4 | Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 | |
| 5 | | John L. Burris (SBN 69888)<br>Miles Washington (SBN 88288) |
| 6 | James M. Finberg (SBN 114850)<br>Eve. H. Cervantez (SBN 164709) | LAW OFFICES OF JOHN BURRIS<br>7677 Oakport Bldg., Suite 1120 |
| 7 | Danielle E. Leonard (SBN 218201)<br>Claire Prestel (SBN 235649) | Oakland, CA 94612<br>Telephone: (510) 839-5210 |
| 8 | ALTSHULER BERZON LLP<br>177 Post St., Suite 300 | Facsimile: (510) 839-3882 |
| 9 | San Francisco, CA 94108<br>Telephone: (415) 421 – 7151 | Barry Goldstein (SBN 141868) |
| 10 | Facscimile: (415) 362 - 8064 | GOLDSTEIN, DEMCHAK, BALLER,<br>   BORGEN & DARDARIAN |
| 11 | | 300 Lakeside Drive, Suite 1000 |
| 12 | Kelly M. Dermody (SBN 171716)<br>Dan E. Barenbaum (SBN 209261) | Oakland, CA 94612<br>Telephone: (510) 763-9800 |
| 13 | LIEFF, CABRASER, HEIMANN &<br>   BERNSTEIN, LLP | Facsimile: (510) 835-1417 |
| 14 | 275 Battery Street, 30th Floor<br>San Francisco, CA 94111-3339 | Kay McKenzie Parker (SBN 143140) |
| 15 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | 225 Bush Street, 16th Floor<br>San Francisco, CA 94104 |
| 16 | | Telephone: (415) 227-9622<br>Facsimile: (415) 227-4522 |
| 17 | Waukeen Q. McCoy<br>LAW OFFICES OF | |
| 18 |    WAUKEEN Q. McCOY<br>703 Market Street, Suite 1407 | |
| 19 | San Francisco, CA 94103<br>Telephone: (415) 675-7705 | |
| 20 | Facsimile: (415) 675-2320 | |
| 21 | *Class Counsel* | |

2

REPLY DECLARATION OF GUY B. WALLACE IN SUPPORT OF
PLAINTIFFS' MOTION IN LIMINE #7 REQUESTING ADVERSE
INFERENCE JURY INSTRUCTION
CASE NO. C 03-2659 SI; C 03-2878 SI