| | |
|---|---|
| 1 | James M. Finberg (SBN 114850) |
| | Eve H. Cervantez (SBN 164709) |
| 2 | Danielle E. Leonard (SBN 218201) |
| | Claire Prestel (SBN 235649) |
| 3 | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300 |
| 4 | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| 5 | Facsimile: (415) 362-8064 |

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

*Additional class counsel appear
on signature page.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>Defendant. | Case Nos. C03-02659 SI; C03-02878 SI<br><br><u>CLASS ACTION</u><br><br><u>STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR PARTIES' VERDICT FORM DISPUTES AND CONTINUING FILING DEADLINE FOR PRETRIAL CONFERENCE STATEMENT</u> |

STIP. AND [PROP.] ORDER RE: VERDICT FORM ETC. – Case Nos. C03-02659 SI, C03-02878 SI

1   WHEREAS, as indicated to the Court during the January 12, 2007 case management
2   conference, the parties disagree about whether certain issues, such as the validity of the Basic
3   Skills Test ("BST") and whether there is a statistically significant disparity with respect to
4   promotions, compensation, and discipline, should properly be decided by the jury or the Court;
5   WHEREAS, as a result, the parties also disagree about the conceptual framework for a
6   verdict form;
7   WHEREAS the parties agree that their verdict-form disputes should be resolved after
8   briefing and that resolution of these disputes will aid the parties in preparing for trial;
9   WHEREAS the parties also agree that additional time is needed to meet and confer about
10  evidentiary objections, jury instructions, and disputed and undisputed facts – all matters to be
11  addressed in the Joint Pretrial Conference Statement currently due February 27, 2007;
12  THEREFORE, the parties, by and through their counsel, stipulate and request that:
13  (1) The parties shall file simultaneous briefs regarding whether the Court or the jury
14  should decide the issues of the validity of the BST and whether there is a statistically significant
15  disparity with respect to promotions, compensation, and discipline on March 2, 2007;
16  (2) The parties shall file simultaneous responsive briefs on March 9, 2007;
17  (3) The parties' disputes regarding their proposed verdict forms will be heard during the
18  Pretrial Conference on March 13, 2007 at 3:30 p.m., or on the following date and time before
19  trial chosen by the Court: _____.
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1  (4) The deadline for filing the Joint Pretrial Conference Statement will be continued from
2  February 27, 2007 to March 2, 2007.

4  Dated: **Feb. 20**, 2007             ALTSHULER BERZON LLP

                                        By: /s/ James M. Finberg

                                        James M. Finberg (SBN 114850)
                                        Eve H. Cervantez (SBN 164709)
                                        Danielle E. Leonard (SBN 218201)
                                        Claire Prestel (SBN 235649)
                                        177 Post Street, Suite 300
                                        San Francisco, CA 94108
                                        Telephone: (415) 421-7151
                                        Facsimile: (415) 362-8064

                                        Kelly M. Dermody (SBN 171716)
                                        Daniel E. Barenbaum (SBN 209261)
                                        LIEFF, CABRASER, HEIMANN
                                          & BERNSTEIN, LLP
                                        275 Battery Street, 30th Floor
                                        San Francisco, CA 94111-3339
                                        Telephone: (415) 956-1000
                                        Facsimile: (415) 956-1008

                                        Todd M. Schneider (SBN 158253)
                                        Guy B. Wallace (SBN 176151)
                                        SCHNEIDER & WALLACE
                                        180 Montgomery Street, Suite 2000
                                        San Francisco, CA 94104
                                        Telephone: (415) 421-7100
                                        Facsimile: (415) 421-7105

                                        MICHAEL S. DAVIS (SBN 160045)
                                        345 Hill Street
                                        San Francisco, CA 94109
                                        Telephone: (415) 282-4315
                                        Facsimile: (415) 358-5576

                                        JOHN BURRIS (SBN 69888)
                                        7677 Oak Port St., Suite 1120
                                        Oakland, CA 94612
                                        Telephone: (510) 839-5210
                                        Facsimile: (510) 839-3882

                                        KAY MCKENZIE PARKER (SBN 143140)
                                        225 Bush Street, 16th Floor
                                        San Francisco, CA 94104
                                        Telephone: (415) 227-9622
                                        Facsimile: (415) 227-4522

---

2

STIP. AND [PROP.] ORDER RE: VERDICT FORM ETC. – Case Nos. C03-02659 SI, C03-02878 SI

|   |   |
|---|---|
| 1 | WAUKEEN Q. MCCOY (SBN 168228) |
| 2 | 703 Market Street, Suite 1407<br>San Francisco, CA 94103 |
| 3 | Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 |

Barry Goldstein (SBN 141868)
GOLDSTEIN, DEMCHAK, BALLER,
 BORGEN DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 834-1417

*Class Counsel*

DATED: February 20, 2007

SEYFARTH & SHAW LLP

_____
Gilmore F. Diekmann Jr.

560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

FEDERAL EXPRESS CORP.
3620 Hacks Cross Road, Bldg. B, 3d Fl.
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

Evelyn Becker
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Counsel for Defendant*

# **ORDER**

The foregoing stipulation is approved, and IT IS SO ORDERED.

DATED: _____      _____
                                                                Hon. Susan Illston
                                                                United States District Judge