**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL et al., | No. C 03-2659 SI |
| Plaintiffs, | **ORDER RE-SETTING TRIAL AND PRETRIAL CONFERENCE DATES** |
| v. | |
| FEDEX EXPRESS, | |
| Defendant. | |

Jury trial in this action, currently set for April 2, 2007, is hereby re-set for **Monday, May 7, 2007 at 8:30 a.m.** The Final Pretrial Conference, currently set for March 13, 2007, is re-set for April 17, 2007 at 3:30 p.m. Pretrial conference statements and other filings are due April 24, 2007.

Hearing on the pending motions in limine currently set for March 2, 2007 is re-set for Friday, April 6, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:   February 26, 2007

SUSAN ILLSTON
United States District Judge