[*Names and addresses of counsel listed in signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR FILING PRETRIAL CONFERENCE STATEMENT AND BRIEFS, AND CONTINUING HEARING ON MOTIONS IN LIMINE |

Whereas, the Parties have been engaged in serious settlement negotiations;

Whereas, the Parties hope, and expect, to be able to submit a proposed settlement agreement to the Court by this Friday, April 6, 2007;

Whereas due to their focus on settlement talks, the Parties will not be in a position to file the Joint Pretrial Conference Statement, related jury instructions and proposed verdict forms, and briefs regarding verdict forms by tomorrow, April 3, 2007;

The Parties hereby stipulate and agree as follows:

1. The deadline for filing the Joint Pretrial Conference Statement, jury instructions, proposed verdict forms, and briefs regarding verdict forms is continued one week, from April 3, 2007 to April 10, 2007.

2. The hearing on both parties' motions in limine, currently set for April 6, 2007, is continued to April 13, 2007, at 9:00 a.m

Date: April 2, 2007  Signed _____/s/_____
James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Claire Prestel (SBN 235649)
Danielle E. Leonard (SBN 218201)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

WAUKEEN Q. MCCOY (SBN 168228)
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

Date: April 2, 2007          Signed _____/s/_____
                                    Jeana M. Littrell

Jeana M. Littrell
Frederick Douglas
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

SEYFARTH SHAW LLP
Gilmore F. Diekmann, Jr. (SBN 050400)
Francis J. Ortman, III (SBN 213202)
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Evelyn L. Becker (SBN 170903)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

1
2
ORDER

3  The foregoing Stipulation is approved, and
4      IT IS SO ORDERED.
5
6  Date _____      Signed _[signature]_
7                                    The Honorable Susan Illston
                                     U.S. District Judge
8
9
10
...
28

# ATTESTATION

I hereby certify that, with respect to all conformed signatures indicated on this document by /s/, I have a copy of the holographic signature on file, and/or I have been authorized by the person whose signature is signified by /s/ to sign their name to the document.


Date: April 2, 2007          Signed _____/s/_____
                                    James M. Finberg