James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Additional counsel for Plaintiffs on signature page*

Jeana M. Littrell
Frederick L. Douglas
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg. B, 3rd Floor
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRIT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: C03-2659 SI; C 03-2878 SI<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER RE NOTICE IN SPANISH |

WHEREAS, a substantial number of members of the Minority Employee Class speak Spanish;

WHEREAS, when the Notice of Class Certification was sent out in February 2006, over 500 persons requested the Spanish-language version of the notice;

WHEREAS, the parties have concluded that making a Spanish-language version of the Notice of Class Action Settlement and Claim Form available in Spanish will facilitate due process;

The Parties hereby stipulate and agree as follows:

1. The Claims Administrator shall arrange to have the Notice of Class Action Settlement and Claim Form translated into Spanish;

2. The English version of the Notice of Class Action Settlement mailed to Class Members shall inform them that a Spanish-language version is available by contacting the Claims Administrator on a toll-free number, or by website;

3. The modified version of the Notice of Class Action Settlement attached hereto as Exhibit A is approved as to form.

Dated: _____, 2007      By:  /s/ _____
                                            James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
Daniel E. Barenbaum (SBN 209261)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

John L. Burris (SBN 69888)
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5200 ext. 67
Facsimile; (510) 839-3882

Michael S. Davis (SBN 160045)
LAW OFFICES OF MICHAEL S. DAVIS
345 Hill Street
San Francisco, CA
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

Barry Goldstein (SBN 141868)
GOLDSTEIN, DEMCHAK, BALLER,
  BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Telephone: (510) 763-9800
Facsimile: (510) 835-1417

Waukeen Q. McCoy (SBN 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, CA 94103
Telephone (415) 675-7705
Facsimile: (415) 675-2530

Kay McKenzie Parker (SBN 143140)
LAW OFFICES OF KAY McKENZIE
  PARKER
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

*Attorneys for the Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: _____ | By: ___/s/_____ |
| 2 | | Jeana M. Littrell |
| 3 | | |
| 4 | | Jeana M. Littrell |
| | | Frederick L. Douglas |
| 5 | | FEDERAL EXPRESS CORPORATION |
| | | 3620 Hacks Cross Road, Bldg. B, 3rd Floor |
| 6 | | Memphis, TN 38125-8800 |
| | | Telephone: (901) 434-8519 |
| 7 | | Facsimile: (901) 434-9271 |
| 8 | | *Attorneys for the Defendant* |

ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED.

Dated: 4/24/07

_____
The Hon. Susan Illston
United States District Judge

- 3 -    STIPULATION AND [PROPOSED] ORDER RE NOTICE IN SPANISH; CASE NO. 03-2659 SI AND 03-2878 SI