James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

*Additional counsel for Plaintiffs on signature page*

Jeana M. Littrell
Frederick L. Douglas
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg. B, 3rd Floor
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRIT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL EXPRESS CORPORATION, a Delaware Corporation,<br><br>Defendant. | Case No.: C03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER RE: INTERPRETATION OF SECTION XXII.A.1 OF THE CONSENT DECREE |

WHEREAS, paragraph XXII.A.1 of the Consent Decree provides that the amount to be paid by FedEx Express shall be computed as follows:

"The precise amount to be paid by FedEx Express will be calculated as follows:

1) $53,500,000.00, plus

2) either 5% [.05] or the United States Treasury Bill percentage rate as established on the tenth (10th) business day after Preliminary Approval, whichever is lower, multiplied by $53,000,000.00 less the amount of the incremental payments for the period between the tenth (10th) business day after Preliminary Approval and the date FedEx Express wire transfers incremental payment to the Settlement Fund Account as and at the times required under this Consent Decree. Any opt-out credits due, pursuant to Section XXII.D.4. shall be deducted from the final payment before calculation of the lower of the 5% or the United States Treasury Bill rate." (Consent Decree at p. 34).

WHEREAS, neither Section XX.A.1 nor any other part of the Consent Decree specifies which United States Treasure Bill percentage rate shall apply;

WHEREAS, at the close of business on April 27, 2007, the 10th business day after Preliminary Approval, the 6 month T-Bill rate was 5.03%, but the 3 month T-Bill rate was 4.924%;

WHEREAS, if the Court awards the attorneys' fees and costs and service awards requested on or about the date of the final approval hearing, and unless a timely direct appeal of the Court's

approval of the Consent Decree is filed, those amounts will be paid on or about September 18, 2007, approximately 5 months after Preliminary Approval;

WHEREAS, if the Court signs the Consent Decree on the Approval Date, and unless a timely direct appeal of the Court's approval of the Consent Decree is filed, checks will be sent to class members after completion of the claims administration process, on or about mid-November, approximately 7 months after Preliminary Approval;

WHEREAS, 5.03% is greater than 5%;

The parties stipulate and agree that paragraph XXII.A.1 of the Consent Decree shall be interpreted as follows:

1.     A rate of 4.924% will apply to amounts that the Court awards as attorneys fees and costs and service payments, and a rate of 5% will apply to the balance of $53,300,000.00, less those amounts and any opt-out credits.

Dated: June 13, 2007          By: _____
                                   James M. Finberg

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Danielle E. Leonard (SBN 218201)
Claire Prestel (SBN 235649)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151

```
 1                                    Facsimile: (415) 362-8064
 2                                    Kelly M. Dermody (SBN 171716)
                                      Daniel E. Barenbaum (SBN 209261)
 3                                    LIEFF, CABRASER, HEIMANN
                                       & BERNSTEIN, LLP
 4                                    275 Battery Street, 30th Floor
                                      San Francisco, CA 94111-3339
 5                                    Telephone: (415) 956-1000
                                      Facsimile: (415) 956-1008
 6
 7                                    Todd M. Schneider (SBN 158253)
                                      Guy B. Wallace (SBN 176151)
 8                                    SCHNEIDER & WALLACE
                                      180 Montgomery Street, Suite 2000
 9                                    San Francisco, CA 94104
                                      Telephone: (415) 421-7100
10                                    Facsimile: (415) 421-7105

11                                    John L. Burris (SBN 69888)
                                      LAW OFFICES OF JOHN L. BURRIS
12                                    7677 Oakport Street, Suite 1120
                                      Oakland, CA 94612
13                                    Telephone: (510) 839-5200 ext. 67
                                      Facsimile; (510) 839-3882
14
15                                    Michael S. Davis (SBN 160045)
                                      LAW OFFICES OF MICHAEL S. DAVIS
16                                    345 Hill Street
                                      San Francisco, CA
17                                    Telephone: (415) 282-4315
                                      Facsimile: (415) 358-5576
18
19                                    Barry Goldstein (SBN 141868)
                                      GOLDSTEIN, DEMCHAK, BALLER,
20                                     BORGEN & DARDARIAN
                                      300 Lakeside Drive, Suite 1000
21                                    Oakland, CA 94612
                                      Telephone: (510) 763-9800
22                                    Facsimile: (510) 835-1417

23
24                                    Waukeen Q. McCoy (SBN 168228)
                                      LAW OFFICES OF WAUKEEN Q. McCOY
25                                    703 Market Street, Suite 1407
                                      San Francisco, CA 94103
26                                    Telephone (415) 675-7705
                                      Facsimile: (415) 675-2530
27
28
```

|  |  |
|---|---|
| 1 | Kay McKenzie Parker (SBN 143140) |
| 2 | LAW OFFICES OF KAY McKENZIE PARKER |
| 3 | 225 Bush Street, 16th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 227-9622 |
|   | Facsimile: (415) 227-4522 |

*Attorneys for the Plaintiffs*

Dated: June 13, 2007                    By: _____/s/ Frederick L. Douglas_____
                                                        Frederick L. Douglas


Jeana M. Littrell
Frederick L. Douglas
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road, Bldg. B, 3rd Floor
Memphis, TN 38125-8800
Telephone: (901) 434-8519
Facsimile: (901) 434-9271

*Attorneys for the Defendant*

**ORDER**

The forgoing stipulation is approved, and IT IS SO ORDERED.

Dated: 06/19/07

/s/ Susan Illston
The Hon. Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER RE: INTERPRETATION OF SECTION XXII.1.A. OF THE CONSENT DECREE
Case No. 03-2659 SI; 03-2878 SI