1  James M. Finberg (SBN 114850)
   ALTSHULER BERZON LLP
2  177 Post Street, Suite 300
   San Francisco, CA 94108
3  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
4
   *Additional Monitoring Counsel listed on signature page*
5
   Jeana M. Littrell
6  Frederick L. Douglas
   FEDERAL EXPRESS CORPORATION
7  3620 Hacks Cross Road, Bldg. B, 3rd Floor
   Memphis, TN 38125-8800
8  Telephone: (901) 434-8519
   Facsimile: (901) 434-9271
9
10 *Attorneys for the Defendant*

11

12

13

14             UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16 | DERRICK SATCHELL, *et al.*,        | Case Nos.: C03-2659 SI; C 03-2878 SI |
17 |           Plaintiffs,              | CLASS ACTION                          |
18 |     v.                             |                                       |
19 | FEDEX EXPRESS, a Delaware Corporation, | **STIPULATION AND [PROPOSED] ORDER RE: UNTIMELY CLAIMS** |
20 |           Defendant.               |                                       |
21 | PATRICIA CALDWELL, *et al.*        |                                       |
22 |                                    |                                       |
23 |           Plaintiffs,              |                                       |
   |     v.                             |                                       |
24 | FEDEX EXPRESS, a Delaware Corporation, |                                   |
25 |           Defendant.               |                                       |
26

27

28

1  WHEREAS, the Court granted final approval to the settlement of this action, and
2  approved the Consent Decree, on August 15, 2007;

3  WHEREAS, Section IX.D of the Consent Decree provides that Monitoring Counsel and
4  FedEx Express may jointly agree to modify the Decree in writing signed by both Monitoring
5  Counsel and FedEx Express;

6  WHEREAS, Section XXII.F of the Consent Decree provides that class members who seek
7  recovery of monetary compensation must complete a claim form and file it with the Claims
8  Administrator by the date set forth in the Preliminary Approval Order, which was August 1, 2007;

9  WHEREAS, Section XXII.I of the Consent Decree provides that class members who
10 submit untimely claim forms are not eligible for any monetary award;

11 WHEREAS, Section XXII.I of the Consent Decree, regarding Late-Filed Claims, does not
12 make any exception for claims that are late filed with good cause shown;

13 WHEREAS, the Parties agree that in certain extenuating circumstances, for good cause
14 shown, it would be beneficial to allow class members to file untimely claims;

15 WHEREAS, the Claims Administrator has informed the Parties that, in order to meet the
16 deadline set forth in Section XXII.J of the Consent Decree, which requires the Claims
17 Administrator to send written notice of ineligibility for monetary relief to all ineligible claimants
18 within ninety days of the close of claims filing period, untimely claims cannot be accepted after
19 October 1, 2007;

20 WHEREAS, the Claims Administrator has received, through October 1, 2007, 263
21 untimely claims, of which 31 untimely claimants provided some explanation for their lateness;

22 WHEREAS, the Parties have reviewed the untimely claims, and determined that there is
23 good cause shown for accepting the untimely claims of the following class members:

24 (1) Keith I. Shockley, who was serving in the United States Navy in Afghanistan and
25 therefore did not receive the claim form until after the claims filing deadline;

26 (2) Robert E. Montgomery, who was serving in the United States Army in Korea, and did
27 not return to the United States until July 30, 2007, and therefore did not receive and review his
28 mail and find the claim form until August 3, 2007, after the claims filing deadline;

-1-

(3) Noel Perez, who received the claim form after the claims filing deadline due to misdelivery by the United States Postal Service;

(4) Donn E. Desboine, who received the claim form after the claims filing deadline due to delay in forwarding by the United States Postal Service;

(5) Shentel T. Persons, who received the claim form after the claims filing deadline because it was originally sent to an outdated or incorrect address and returned undeliverable;

(6) Victor M. Cespedes, who received the claim form after the claims filing deadline because it was originally sent to an outdated or incorrect address and returned undeliverable;

(7) Stanley E. Barnett, who received the claim form after the claims filing deadline because it was originally sent to an outdated or incorrect address and returned undeliverable;

(8) Andre L. Lewis, who received the claim form after the claims filing deadline because it was originally sent to an outdated or incorrect address and returned undeliverable;

(9) Betty Muruato, who returned a claim form in July that was not received by the Claims Administrator;

THEREFORE, Monitoring Counsel and FedEx Express, hereby stipulate to modify the Consent Decree as follows, and request that the Court so order:

Section XXII.I of the Consent Decree is hereby modified by adding the following sentence: "Late claims post-marked after August 1, 2007, but received by the Claims Administrator on or before October 1, 2007, will be eligible for payment despite having been filed after the claims filing deadline, provided that FedEx and Monitoring Counsel concur that the claimant has demonstrated good cause for the untimely filing;"

THEREFORE, Monitoring Counsel and FedEx Express, hereby stipulate and agree that good cause has been shown for the late-filing of the following claims, and that those claims should be accepted by the Claims Administrator:

(1) Keith I. Shockley

(2) Robert E. Montgomery

(3) Noel Perez

(4) Donn E. Desboine

(5) Shentel T. Persons

(6) Victor M. Cespedes

(7) Stanley E. Barnett

(8) Andre L. Lewis

(9) Betty Muruato.


Dated: October 10, 2007                    By:  ___/s/ James M. Finberg_____
                                                James M. Finberg


                                                James M. Finberg (SBN 114850)
                                                ALTSHULER BERZON LLP
                                                177 Post Street, Suite 300
                                                San Francisco, CA  94108
                                                Telephone:  (415) 421-7151
                                                Facsimile:  (415) 362-8064

                                                Guy B. Wallace (SBN 176151)
                                                SCHNEIDER & WALLACE
                                                180 Montgomery Street, Suite 2000
                                                San Francisco, CA  94104
                                                Telephone: (415) 421-7100
                                                Facsimile: (415) 421-7105

                                                John L. Burris (SBN 69888)
                                                LAW OFFICES OF JOHN L. BURRIS
                                                7677 Oakport Street, Suite 1120
                                                Oakland, CA 94612
                                                Telephone: (510) 839-5200 ext. 67
                                                Facsimile; (510) 839-3882

                                                Barry Goldstein (SBN 141868)
                                                GOLDSTEIN, DEMCHAK, BALLER,
                                                  BORGEN & DARDARIAN
                                                300 Lakeside Drive, Suite 1000
                                                Oakland, CA 94612
                                                Telephone: (510) 763-9800
                                                Facsimile: (510) 835-1417

                                                *Monitoring Counsel*

Dated: October 10, 2007       By:     /s/ Frederick L. Douglas
                                      Frederick L. Douglas


                                      Jeana M. Littrell
                                      Frederick L. Douglas
                                      FEDERAL EXPRESS CORPORATION
                                      3620 Hacks Cross Road, Bldg. B, 3rd Floor
                                      Memphis, TN 38125-8800
                                      Telephone: (901) 434-8519
                                      Facsimile: (901) 434-9271


                                      *Attorneys for the Defendant*

**ORDER**

The Court having considered the foregoing stipulation, and good cause appearing therefore,

IT IS SO ORDERED.


Dated: _____       _____
                                      The Hon. Susan Illston
                                      United States District Judge

- 4 -

STIPULATION AND [PROPOSED] ORDER RE: UNTIMELY CLAIMS – CASE NO. 03-2659 SI: 03-2878 SI