**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, *et al.*, | No. C 03-2659 SI; No. C 03-2878 SI |
| Plaintiffs, | **ORDER RE: SCHEDULING OF INDIVIDUAL CLAIMS** |
| v. | |
| FEDEX EXPRESS, | |
| Defendant. | |

The Court has resolved the motion for declaratory relief previously filed under seal (Docket No. 800). Accordingly, the Court ORDERS that the named plaintiffs and defendant shall complete their negotiations regarding any individual settlements by no later than **April 30, 2008**. A case management conference is scheduled for **May 9, 2008 at 2:30 pm** to set pretrial and trial deadlines if the parties have failed to submit final settlements to the Court by **April 30, 2008**.

**IT IS SO ORDERED.**

Dated: April 3, 2008

SUSAN ILLSTON
United States District Judge