[Names and addresses of counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [proposed] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

The parties, through their counsel, hereby stipulate as follows:

1. In its April 2, 2008 Order Granting Plaintiffs' Motion for Declaratory Relief, the Court ordered the parties to complete their negotiations regarding the individual Named Plaintiff settlements by April 30, 2008. The Court also scheduled a Case Management Conference for May 9, 2009 to discuss a trial and pretrial schedule in the event that the parties had not submitted final settlements to the Court by April 30. The parties have not yet submitted settlement agreements to the Court, but settlement agreements have been recommended to the

- 1 -

Named Plaintiffs and circulated for their signature. Several have now been executed and forwarded to Defendant for execution.

2. Counsel for the parties believe that a Case Management Conference may not be necessary, but request the Court to reschedule the Case Management Conference for May 30, 2008, or another subsequent date convenient for the Court.

Dated: May 15, 2008

SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP

By: /s/
    Guy B. Wallace

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Kelly M. Dermody (SBN 171716)
LIEFF, CABRASER,
HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA 94612
Telephone: (510) 839-5210
Facsimile: (510) 839-3882

MICHAEL S. DAVIS (SBN 160045)
345 Hill Street
San Francisco, CA 94109
Telephone: (415) 282-4315
Facsimile: (415) 358-5576

KAY MCKENZIE PARKER (SBN 143140)
225 Bush Street, 16th Floor
San Francisco, CA 94104
Telephone: (415) 227-9622
Facsimile: (415) 227-4522

*Class Counsel*

- 2 -

STIPULATION AND [PROPOSED] ORDER
RE CONTINUANCE OF CMC
CASE NO. C 03-2659 SI; C 03-2878 SI

| | | |
|---|---|---|
| 1 | Dated: May 15, 2008 | FEDERAL EXPRESS CORP. |
| 2 | | By: _____ |
| | | Frederick L. Douglas |
| 3 | | |
| 4 | | FEDERAL EXPRESS CORP. |
| | | 3620 Hacks Cross Road, Bldg. B, 3rd fl. |
| 5 | | Memphis, TN 38125-8800 |
| | | Telephone: (901) 434-8519 |
| 6 | | Facsimile: (901) 434-9271 |

Gilmore F. Diekmann, Jr. (SBN 050400)
SEYFARTH, SHAW
560 Mission Street, Suite 3100
San Francisco, CA 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

*Counsel for Defendant*

## ORDER

The foregoing stipulation is approved, and IT IS SO ORDERED. A further Case Management Conference shall take place on ___May 30, 3008___, 2008 at ___2:30___ p.m. The parties shall advise the Court prior to the Case Management Conference if the remaining claims have been settled.

Dated: _____

_____
Hon. Susan Illston
United States District Judge