1  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, California 94108
   Telephone: (415) 421-7151
4  Facsimile: (415) 362-8064

5  Kelly M. Dermody (SBN 171716)
   LIEFF, CABRASER, HEIMANN &
6    BERNSTEIN, LLP
   275 Battery Street, 30th Floor
7  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
8  Facsimile: (415) 956-1008

9  *Attorneys for Plaintiffs and Class Counsel*
   *[additional counsel on signature page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX EXPRESS, a Delaware corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER RE: PAYMENTS TO CLASS MEMBERS |

WHEREAS, the deadline for claims forms under the Consent Decree required that claims forms be mailed to the Claims Administrator postmarked no later than August 1, 2007;

WHEREAS, based on claims forms received as of October 1, 2007, including several late claims forms permitted by prior stipulation of the parties and Order of this Court, the Claims Administrator calculated the amount owing to each class member pursuant to the Plan of Allocation and mailed out checks to 12,053 class members on December 5, 2007;

WHEREAS, by stipulation of the parties, and an April 1, 2008 Order of this Court, the Claims Administrator mailed out checks totaling approximately $36,068.72 to nine additional Class Members;

WHEREAS, it appears to the parties that the following 14 Class Members submitted timely claims forms but did not receive settlement checks because the checks were sent to an outdated address by the Claims Administrator: Latrice Anderson, Deborah Stanfield, Hector Lizarraga, Sylvia Fowler, Mahasse Cornelius, Azuncena Perez, Noel Richardson, Shameika Newmann, Jillbetta Goff, Eugene Sedillo, Candace Culpepper, Willeeda Haynes, Andre Willliams, and Omar Franklin;

WHEREAS, the total amount of the claims for Latrice Anderson, Deborah Stanfield, Hector Lizarraga, Sylvia Fowler, Mahasse Cornileus, Azuncena Perez, Noel Richardson, Shameika Newmann, Jillbetta Goff, Eugene Sedillo, Candace Culpepper, Willeeda Haynes, Andre Willliams, and Omar Franklin is $8,987.44;

WHEREAS, it appears to the parties that the following class member submitted an untimely claims form that was untimely through no fault of his own:

Brock Florez was serving overseas in the army until the spring of 2008 and therefore did not receive the Notice and Claim Form until after the Claims Form filing deadline. The value of his claim is approximately $2,300.

- 1 -

STIPULATION AND [PROPOSED] ORDER APPROVING PAYMENTS TO CLASS MEMBERS
CASE NO. C 03-2659 SI; C 03-2878 SI

WHEREAS, there is approximately $6,071.96 remaining in the QSF from checks issued that have not been cashed, despite diligent efforts to locate those claimants;

WHEREAS, Class Counsel believe it is appropriate to take approximately $5,215.48 from the fund set aside to pay Class Counsel for monitoring the Decree in order to pay all of these 14 Claimants and Mr. Flores.

THEREFORE, the parties hereby stipulate and agree as follows:

1. The Claims Administrator shall pay Latrice Anderson, Deborah Stanfield, Hector Lizarraga, Sylvia Fowler, Mahasse Cornelius, Azuncena Perez, Noel Richardson, Sheimeka Newmann, Jillbetta Goff, Eugene Sedillo, Candace Culpepper, Willeeda Haynes, Andre Williams, Omar Franklin, and Brock Florez from funds remaining from uncashed checks in the Settlement Fund Account in accordance with the Plan of Allocation and to the extent necessary, from funds set aside for the Monitoring Counsel in accordance with Section XXIII.C of the Consent Decree.

2. No additional late claims will be accepted.

Dated: May 23, 2008                    ALTSHULER BERZON LLP

                                       By: /s/ James M. Finberg
                                           James M. Finberg

                                       *Attorneys for Plaintiffs and Class Counsel*

                                       James M. Finberg (SBN 114850)
                                       Eve H. Cervantez (SBN 164709)
                                       ALTSHULER BERZON LLP
                                       177 Post Street, Suite 300
                                       San Francisco, California 94108
                                       Telephone: (415) 421-7151
                                       Facsimile: (415) 362-8064

                                       Kelly M. Dermody (SBN 171716)
                                       LIEFF, CABRASER, HEIMANN &
                                         BERNSTEIN, LLP
                                       275 Battery Street, 30th Floor
                                       San Francisco, CA 94111-3339
                                       Telephone: (415) 956-1000
                                       Facsimile: (415) 956-1008

| | |
|---|---|
| 1 | Todd M. Schneider (SBN 158253) |
| 2 | Guy B. Wallace (SBN 176151)<br>Joshua Konecky (SBN 182897) |
| 3 | SCHNEIDER & WALLACE<br>180 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 421-7100 |
| 5 | Facsimile: (415) 421-7105 |
| 6 | JOHN BURRIS (SBN 69888) |
| 7 | 7677 Oakport Bldg., Suite 1120<br>Oakland, CA 94612 |
| 8 | Telephone: (510) 839-5210<br>Facsimile: (510) 839-3882 |
| 9 | MICHAEL S. DAVIS (SBN 160045) |
| 10 | 345 Hill Street<br>San Francisco, CA 94109 |
| 11 | Telephone: (415) 282-4315<br>Facsimile: (415) 358-5576 |
| 12 | KAY MCKENZIE PARKER (SBN 143140) |
| 13 | 225 Bush Street, 16th Floor<br>San Francisco, CA 94104 |
| 14 | Telephone: (415) 227-9622<br>Facsimile: (415) 227-4522 |
| 15 | WAUKEEN Q. MCCOY (SBN 168228) |
| 16 | 703 Market Street, Suite 1407<br>San Francisco, CA 94103 |
| 17 | Telephone: (415) 675-7705<br>Facsimile: (415) 675-2530 |
| 18 | |
| 19 | // |
| 20 | // |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

- 3 -   STIPULATION AND [PROPOSED] ORDER APPROVING PAYMENTS TO CLASS MEMBERS
CASE NO. C 03-2659 SI; C 03-2878 SI

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 23, 2008 | |
| 3 | | By: */s/ Frederick Douglas* |
| | | Frederick Douglas |
| 4 | | |
| | | *Attorneys for Defendant* |
| 5 | | |
| 6 | | Frederick Douglas |
| | | (Admitted Pro Hac Vice) |
| 7 | | FEDERAL EXPRESS CORPORATION |
| | | 3620 Hacks Cross Road |
| 8 | | Building B, 3rd Floor |
| | | Memphis, TN 38125 |
| 9 | | Telephone: (901) 434-8519 |
| | | Facsimile: (901) 434-9271 |

**ORDER**

The forgoing stipulation is approved, and IT IS SO ORDERED.

Dated: _____   _____
 The Hon. Susan Illston
 United States District Judge

- 4 -   STIPULATION AND [PROPOSED] ORDER APPROVING PAYMENTS TO CLASS MEMBERS
CASE NO. C 03-2659 SI; C 03-2878 SI