IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, et al., | No. C 03-2659 SI; C 03-2878 SI |
| Plaintiffs, | **INTERIM ORDER AUTHORIZING COURT TO IMPLEAD FUNDS** |
| v. | |
| FEDEX EXPRESS, | |
| Defendant. | |

Defendant has filed a motion for counterclaim and interpleader relief, which is noticed for a hearing on July 11, 2008. In connection with that motion, defendant has also wired money to the registry of the Clerk of the Court. This order authorizes the Clerk to retain the wired funds until the Court issues a final order on the motion for counterclaim and interpleader relief.

**IT IS SO ORDERED.**

Dated: June 4, 2008

SUSAN ILLSTON
United States District Judge