WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1407
San Francisco, California 94103
Telephone: (415) 675-7705
Facsimile: (415) 675-2530

# UNITED STATES DISTRICT COURT

# IN THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK SATCHELL, KALINI BOYKIN, VALERIE BROWN, RICK GONZALES, CYNTHIA GUERRERO, RACHEL HUTCHINS, TYRONE MERRITT, KELVIN SMITH, SR., and KEN STEVENSON, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>FEDEX EXPRESS, a Delaware Corporation,<br><br>Defendant. | Case No. C 03-2659 SI; C 03-2878 SI<br><br>**CLASS ACTION**<br><br>**STIPULATION ENLARGING TIME FOR WAUKEEN MCCOY TO FILE AN OPPOSITION TO GUY WALLACE'S MOTION FOR ATTORNEY'S FEES (CIVIL LOCAL RULES 6-1, 6-2, 7-12)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendants, through their respective counsel:

1. The due dates concerning Schneider Wallace Cottrell Brayton Konecky LLP's Motion for Attorney's Fees shall be modified as follows:

| **Pleading** | **Due Date** |
|---|---|
| Opposition | October 31, 2008 |
| Reply Due | November 21, 2008 |
| Hearing | December 5, 2008 |

1

3. As required by Civil Local Rule 6-2(a), Waukeen McCoy is concurrently filing a declaration in support of this Stipulation.

IT IS SO STIPULATED:

Dated: October 9, 2008            Respectfully submitted,

**LAW OFFICES OF WAUKEEN McCOY**


_____/s/Waukeen McCoy_____
Waukeen McCoy
Law Offices Of Waukeen McCoy
703 Market St., Suite 1407
San Francisco, CA 94103


**Schneider Wallace Cottrell Brayton Konecky**

Dated: October 9, 2008

_____/s/Guy Wallace_____
Guy Wallace
Schneider Wallace Cottrell Brayton Konecky LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Fax: (415) 421-7105

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

HON. SUSAN ILLSTON
United States District Judge

2