1  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
2  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
3  San Francisco, California  94108
   Telephone: (415) 421-7151
4  Facsimile: (415) 362-8064

5  Kelly M. Dermody (SBN 171716)
   LIEFF, CABRASER, HEIMANN &
6    BERNSTEIN, LLP
   275 Battery Street, 30th Floor
7  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
8  Facsimile:  (415) 956-1008

9  *Attorneys for Plaintiffs and Class Counsel*
   *[additional counsel on signature page]*

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13  DERRICK SATCHELL, KALINI            Case No. C 03-2659 SI; C 03-2878 SI
    BOYKIN, VALERIE BROWN, RICK
14  GONZALES, CYNTHIA GUERRERO,         CLASS ACTION
    RACHEL HUTCHINS, TYRONE
15  MERRITT, KELVIN SMITH, SR., and
    KEN STEVENSON, on behalf of         STIPULATION AND [PROPOSED] ORDER
16  themselves and all others similarly situated,   PERMITTING LATE CLAIM OF JANEL
                                        BUYCKS TO BE PAID FROM
17                    Plaintiffs,       MONITORING FUND

18  v.

19  FEDEX EXPRESS, a Delaware
    corporation,
20
                      Defendant.
21

22

23

24

25

26

27

28

WHEREAS, the deadline for claims forms required that claims forms be mailed to the Claims Administrator postmarked no later than August 1, 2007;

WHEREAS, based on claims forms received as of October 1, 2007, including several late claims forms permitted by prior stipulation of the parties and Order of this Court, the Claims Administrator calculated the amount owing to each class member pursuant to the Plan of Allocation and mailed out checks to 12,053 class members on December 5, 2007;

WHEREAS, by Stipulation of the parties, and by April 1, 2008 Order of this Court, the Claims Administrator mailed checks to nine additional Class Members;

WHEREAS, pursuant to a Stipulation of the parties, and Order of the Court dated May 23, 2008, the Claims Administrator reissued checks to 14 class members who had submitted timely claims, but whose checks did not reach them due to incorrect addresses, and issued a check to a person whose claim was late due to his service overseas in the U.S. Army.

WHEREAS, in order to fund the 15 checks authorized on May 23, 2008, the parties and the Court authorized the Claims Administrator to take $5,215.48 from the fund set aside to pay Class Counsel for monitoring the Consent Decree, since the $38,500,000 set aside in the Consent Decree, Section XXII.3.2, for payment to eligible Class Members who did not opt out and who had submitted timely claims, had already been completely distributed.

WHEREAS, on September 24, 2007, class member Janel Buycks submitted a claim. If Ms. Buycks had submitted a timely claim, under the Plan of Allocation, her award would have been $1,049.50, including the employer's share of applicable payroll taxes.

WHEREAS, Class Counsel believes it is appropriate to take $1,049.50, plus interest at the federal T-bill rate since December 5, 2007, from the fund set aside to pay Class Counsel for monitoring the Decree, in order to pay Ms. Buycks's late claim.

WHEREAS, the Court has "retain[ed] jurisdiction of this Court Action during the Term of

the Decree, for the purpose of entering all orders authorized by the Decree, which may be

necessary to implement the relief provided in the Decree, or to enforce the provisions of the

Decree."

THEREFORE, the parties hereby stipulate and agree as follows:

1.    The Claims Administrator shall pay Ms. Janel Buycks the sum of $1,049.50, plus

interest at the federal T-Bill rate from December 5, 2007, from the fund set aside to pay

Class Counsel for monitoring the Decree.

Dated: June 29, 2009                    ALTSHULER BERZON LLP

By:   /s/ James M. Finberg

*Attorneys for Plaintiffs and Class Counsel*

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Kelly M. Dermody (SBN 171716)
LIEFF, CABRASER, HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua Konecky (SBN 182897)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JOHN BURRIS (SBN 69888)
7677 Oakport Bldg., Suite 1120
Oakland, CA  94612
Telephone:  (510) 839-5210
Facsimile:   (510) 839-3882

| | |
|---|---|
| 1 | MICHAEL S. DAVIS (SBN 160045) |
| | 345 Hill Street |
| 2 | San Francisco, CA 94109 |
| | Telephone: (415) 282-4315 |
| 3 | Facsimile: (415) 358-5576 |
| 4 | KAY MCKENZIE PARKER (SBN 143140) |
| | 225 Bush Street, 16th Floor |
| 5 | San Francisco, CA 94104 |
| | Telephone: (415) 227-9622 |
| 6 | Facsimile: (415) 227-4522 |
| 7 | WAUKEEN Q. MCCOY (SBN 168228) |
| | 703 Market Street, Suite 1407 |
| 8 | San Francisco, CA 94103 |
| | Telephone: (415) 675-7705 |
| 9 | Facsimile: (415) 675-2530 |

Dated: June 29, 2009

10          By: /s/ Frederick Douglas_____

11          *Attorneys for Defendant*

12          Frederick Douglas
            (Admitted Pro Hac Vice)
13          FEDERAL EXPRESS CORPORATION
            3620 Hacks Cross Road
14          Building B, 3rd Floor
            Memphis, TN 38125
15          Telephone: (901) 434-8519
            Facsimile: (901) 434-9271

16

17    **ORDER**

18          The forgoing stipulation is approved, and IT IS SO ORDERED.

19

20    Dated: _____          _____
                                           The Hon. Susan Illston
21                                         United States District Judge

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER PERMITTING
LATE CLAIM OF JANEL BUYCKS
CASE NO. C 03-2659 SI; C 03-2878 SI