1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    DERRICK SATCHELL, *et al.*,                    No. C 03-2659 SI; No. C 03-2878 SI

9                 Plaintiffs,                       **ORDER RE: MR. McCOY'S REQUEST
                                                    FOR STAY OF MOTION FOR**
10        v.                                        **ATTORNEYS' FEES PENDING
                                                    RESOLUTION OF RELATED NINTH**
11   FEDEX EXPRESS,                                 **CIRCUIT APPEAL**

12                 Defendant.
     _____/
13

14          Plaintiffs' motion for attorneys' fees is scheduled for a hearing on October 7, 2010.  Mr. McCoy

15   has filed a "Request for Stay of Determination of Reasonable Attorney's Fees and Request for Extension

16   of Time to File Substantive Response After Ninth Circuit Ruling."  (Docket No. 933).  The Court finds

17   that it is in the interest of judicial efficiency to determine the attorneys' fees motion after the Ninth

18   Circuit resolves Appeal No. 10-15197, which is currently pending in the Court of Appeals and involves

19   the interpretation of the same fee provisions in the co-counsel agreement between Mr. McCoy and his

20   former co-counsel.

21          Accordingly, the Court dismisses the pending motion (Docket No. 925) without prejudice.  If

22   Mr. McCoy's appeal in 10-15197 is unsuccessful, plaintiffs may re-notice the motion for attorneys' fees.

23   The October 7, 2010 hearing is VACATED.

24

25          **IT IS SO ORDERED.**

26

27   Dated: September 29, 2010                      _____
                                                    SUSAN ILLSTON
28                                                  United States District Judge

*United States District Court*
*For the Northern District of California*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California